UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

CLAYTON HOWARD,

Plaintiff,

-against-

CITY OF NEW YORK; NEW YORK CITY POLICE
DEPARTMENT; and JOHN AND JANE DOES 1-10,

Defendants.

------------------------------------------------------------------------ x

**ANSWER TO THE
COMPLAINT BY
DEFENDANT CITY OF NEW
YORK**

24-CV-8316 (KAM) (LKE)

**<u>JURY TRIAL DEMANDED</u>**

Defendant City of New York ("City")[1], by its attorney, Muriel Goode-Trufant,

Corporation Counsel of the City of New York, as and for its Answer to the Complaint, respectfully

alleges as follows:

1.      Denies the allegations set forth in paragraph "1" of the Complaint, except

admits that plaintiff purports to bring this action as stated therein.

2.      Denies knowledge or information sufficient to form a belief as to the truth

of the allegations set forth in paragraph "2" of the Complaint.

3.      Denies the allegations set forth in paragraph "3" of the Complaint, except

admits that the City of New York is a municipal corporation organized under the laws of the State

of New York.

---

[1] Upon information and belief, and upon review of the docket, defendant New York City Police
Department ("NYPD") has not been served with a summons and Complaint and thus, its response
to the Complaint is not yet due. Furthermore, the NYPD is a non-suable entity. <u>See</u> <u>Jenkins v. City
of New York</u>, 478 F.3d 76 (2d Cir. 2007).

4. Denies the allegations set forth in paragraph "4" of the Complaint, except admits that the City of New York is a corporation duly existing and incorporated under the laws of the State of New York, that the City of New York maintains a police department, and respectfully refers the Court to the New York City Charter and Administrative Code for a full recitation of the relationship between defendant City and the New York City Police Department ("NYPD").

5. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "5" of the Complaint as they pertain to unidentified defendants.

6. Denies the allegations set forth in paragraph "6" of the Complaint and states that to the extent that paragraph "6" of the Complaint asserts legal conclusions, no response is required.

7. Denies the allegations set forth in paragraph "7" of the Complaint, except admits that the plaintiff purports to bring this action as stated therein, and further states that the allegation concerning whether the defendant Police Officers acted "under color of state law . . ." is a legal conclusion to which no response is required.

8. Denies the allegations set forth in paragraph "8" of the Complaint, except admits that plaintiff purports to bring this action as stated therein.

9. Denies the allegations set forth in paragraph "9" of the Complaint, except admits that plaintiff purports to invoke the Court's jurisdiction as stated therein.

10. Denies the allegations set forth in paragraph "10" of the Complaint, except admits only that plaintiff purports to base venue in this district as stated therein.

11. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "11" of the Complaint.

12.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "12" of the Complaint.

13.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "13" of the Complaint.

14.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "14" of the Complaint.

15.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "15" of the Complaint.

16.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "16" of the Complaint, except admits that Francyna Evins has filed police reports against plaintiff.

17.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "17" of the Complaint, except admits that plaintiff was lawfully arrested on May 16, 2023 because, *inter alia*, Francyna Evins reported to the police that plaintiff was in violation of an active order of protection, and that plaintiff was lawfully arrested on November 17, 2023 because, *inter alia*, Ms. Evins reported to the police that plaintiff was in violation of an active order of protection.

18.     Denies of the allegations set forth in paragraph "18" of the Complaint, except denies knowledge or information sufficient to form a belief as to the truth of the allegations concerning the disposition of the criminal charges against plaintiff in connection with his arrests on May 16, 2023 and November 17, 2023.

19. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "19" of the Complaint, except admits that Ms. Evins has filed police reports against plaintiff.

20. Denies the allegations set forth in paragraph "20" of the Complaint, except admits only that plaintiff was lawfully arrested on May 16, 2023 and November 17, 2023.

21. Denies the allegations set forth in paragraph "21" of the Complaint, except denies knowledge or information sufficient to form a belief as to the truth of the allegations concerning the length of plaintiff's detention.

22. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "22" of the Complaint.

23. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "23" of the Complaint.

24. Denies the allegations set forth in paragraph "24" of the Complaint.

25. Denies the allegations set forth in paragraph "25" of the Complaint, except denies knowledge or information sufficient to form a belief as to the truth of the allegations concerning plaintiff making reports against Ms. Evins.

26. Denies the allegations set forth in paragraph "26" of the Complaint, except admits that plaintiff was lawfully arrested on May 16, 2023, based on, *inter alia*, the report of Ms. Evins that plaintiff was in violation of an active order of protection.

27. Denies the allegations set forth in paragraph "27" of the Complaint.

28. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "28" of the Complaint.

29. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "29" of the Complaint.

30. Denies the allegations set forth in paragraph "30" of the Complaint.

31. Denies the allegations set forth in paragraph "31" of the Complaint, except admits that plaintiff was lawfully arrested on November 17, 2023 based on, *inter alia*, the report of Ms. Evins that plaintiff was in violation of an active order of protection.

32. Denies the allegations set forth in paragraph "32" of the Complaint.

33. Denies the allegations set forth in paragraph "33" of the Complaint.

34. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "34" of the Complaint.

35. Denies the allegations set forth in paragraph "35" of the Complaint.

36. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "36" of the Complaint.

37. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "37" of the Complaint.

38. Denies the allegations set forth in paragraph "38" of the Complaint, except denies knowledge or information sufficient to form a belief as to the truth of the allegations concerning whether plaintiff made a report against Ms. Evins.

39. Denies the allegations set forth in paragraph "39" of the Complaint, except denies knowledge or information sufficient to form a belief as to the truth of the allegations concerning whether plaintiff made a report against Ms. Evins.

40. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "40" of the Complaint.

41.     Denies the allegations set forth in paragraph "41" of the Complaint, except denies knowledge or information sufficient to form a belief as to the truth of the allegations concerning whether plaintiff made a report against Ms. Evins.

42.     Denies the allegations set forth in paragraph "42" of the Complaint.

43.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "43" of the Complaint, except admits that plaintiff was lawfully arrested on May 16, 2023.

44.     Denies the allegations set forth in paragraph "44" of the Complaint.

45.     Denies the allegations set forth in paragraph "45" of the Complaint.

46.     Denies the allegations set forth in paragraph "46" of the Complaint.

47.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "47" of the Complaint.

48.     Denies the allegations set forth in paragraph "48" of the Complaint, except denies knowledge or information sufficient to form a belief as to the truth of the allegations concerning Ms. Evins' background.

49.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "49" of the Complaint.

50.     Denies the allegations set forth in paragraph "50" of the Complaint, except denies knowledge or information sufficient to form a belief as to the truth of the allegations concerning documents in Ms. Evins' possession and drug charges or the lack thereof brought against plaintiff.

51.     Denies the allegations set forth in paragraph "51" of the Complaint.

52.     Denies the allegations set forth in paragraph "52" of the Complaint.

53. Denies the allegations set forth in paragraph "53" of the Complaint.

54. Denies the allegations set forth in paragraph "54" of the Complaint.

55. Denies the allegations set forth in paragraph "55" of the Complaint.

56. Denies the allegations set forth in paragraph "56" of the Complaint.

57. Denies the allegations set forth in paragraph "57" of the Complaint.

58. Denies the allegations set forth in paragraph "58" of the Complaint.

59. Denies the allegations set forth in paragraph "59" of the Complaint.

60. Denies the allegations set forth in paragraph "60" of the Complaint.

61. Denies the allegations set forth in paragraph "61" of the Complaint.

62. Denies the allegations set forth in paragraph "62" of the Complaint.

63. Denies the allegations set forth in paragraph "63" of the Complaint.

64. Denies the allegations set forth in paragraph "64" of the Complaint.

65. Denies the allegations set forth in paragraph "65" of the Complaint and states that to the extent that paragraph "65" of the Complaint asserts legal conclusions, no response is required.

66. Denies the allegations set forth in paragraph "66" of the Complaint.

67. Denies the allegations set forth in paragraph "67" of the Complaint.

68. Denies the allegations set forth in paragraph "68" of the Complaint.

69. Denies the allegations set forth in paragraph "69" of the Complaint.

70. Denies the allegations set forth in paragraph "70" of the Complaint.

71. Denies the allegations set forth in paragraph "71" of the Complaint.

72. Denies the allegations set forth in paragraph "72" of the Complaint.

73. Denies the allegations set forth in paragraph "73" of the Complaint.

74. Denies the allegations set forth in paragraph "74" of the Complaint, except respectfully refers the Court to the cited report for a complete and accurate recitation of its contents.

75. Denies the allegations set forth in paragraph "75" of the Complaint, except respectfully refers the Court to the cited report for a complete and accurate recitation of its contents.

76. Denies the allegations set forth in paragraph "76" of the Complaint, except respectfully refers the Court to the cited report for a complete and accurate recitation of its contents.

77. Denies the allegations set forth in paragraph "77" of the Complaint, except respectfully refers the Court to the cited case for an accurate recitation of that case's posture and the issues raised therein.

78. Denies the allegations set forth in paragraph "78" of the Complaint, except states that to the extent that paragraph "78" of the Complaint asserts legal conclusions, no response is required.

79. Denies the allegations set forth in paragraph "79" of the Complaint, except respectfully refers the Court to the cited article for a complete and accurate recitation of its contents.

80. Denies the allegations set forth in paragraph "80" of the Complaint, except respectfully refers the Court to the cited article for a complete and accurate recitation of its contents.

81.     Denies the allegations set forth in paragraph "81" of the Complaint, except respectfully refers the Court to the cited article for a complete and accurate recitation of its contents.

82.     Denies the allegations set forth in paragraph "82" of the Complaint, except respectfully refers the Court to the cited article for a complete and accurate recitation of its contents.

83.     Denies the allegations set forth in paragraph "83" of the Complaint, except respectfully refers the Court to the cited article for a complete and accurate recitation of its contents.

84.     Denies the allegations set forth in paragraph "84" of the Complaint, except states that to the extent that paragraph "84" of the Complaint asserts legal conclusions, no response is required.

85.     In response to paragraph "85" of the Complaint, defendant repeats the responses set forth in the preceding paragraphs of this pleading as though fully set forth herein.

86.     Paragraph "86" of the Complaint asserts legal conclusions to which no response is required.

87.     Denies the allegations set forth in paragraph "87" of the Complaint, except admits that plaintiff was lawfully arrested on May 16, 2023 and November 17, 2023.

88.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "88" of the Complaint concerning plaintiff's state of mind.

89.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "89" of the Complaint and states that to the extent that paragraph "89" of the Complaint asserts legal conclusions, no response is required.

90.     Denies the allegations set forth in paragraph "90" of the Complaint and respectfully refers the Court to the cited cases in subsections "90a" and "90b" for accurate recitations of those cases' postures and the issues raised therein.

91.     Paragraph "91" of the Complaint asserts legal conclusions to which no response is required.

92.     Denies the allegations set forth in paragraph "92" of the Complaint and states that to the extent that paragraph "92" of the Complaint asserts legal conclusions, no response is required.

93.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in in paragraph "93" of the Complaint and states that to the extent that paragraph "93" of the Complaint asserts legal conclusions, no response is required.

94.     Denies the allegations set forth in paragraph "94" of the Complaint.

95.     Denies the allegations set forth in paragraph "95" of the Complaint and respectfully refers the Court to the cited cases in subsections "95a" and "95b" for accurate recitations of those cases' postures and the issues raised therein.

96.     Denies the allegations set forth in paragraph "96" of the Complaint except admits that plaintiff was lawfully arrested on May 16, 2023.

97.     Denies the allegations set forth in paragraph "97" of the Complaint.

98.     Denies the allegations set forth in paragraph "98" of the Complaint.

99.     Denies the allegations set forth in paragraph "99" of the Complaint, except admits that plaintiff was lawfully arrested on November 17, 2023.

100.    Denies the allegations set forth in paragraph "100" of the Complaint.

101.    Denies the allegations set forth in paragraph "101" of the Complaint.

102.     Denies the allegations set forth in paragraph "102" of the Complaint.

103.     Denies the allegations set forth in paragraph "103" of the Complaint, except denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "103" of the Complaint concerning the disposition of the criminal charges brought against plaintiff.

104.     Denies the allegations set forth in paragraph "104" of the Complaint.

105.     Denies the allegations set forth in paragraph "105" of the Complaint.

106.     Denies the allegations set forth in paragraph "106" of the Complaint.

107.     Denies the allegations set forth in paragraph "107" of the Complaint.

108.     Denies the allegations set forth in paragraph "108" of the Complaint.

109.     Denies the allegations set forth in paragraph "109" of the Complaint and respectfully refers the Court to the cited cases in subsections "109a," "109b," and "109c" for accurate recitations of those cases' postures and the issues raised therein.

110.     Denies the allegations set forth in paragraph "110" of the Complaint.

111.     Denies the allegations set forth in paragraph "111" of the Complaint.

112.     Denies the allegations set forth in paragraph "112" of the Complaint except states that, to the extent paragraph "112" asserts conclusions of law, no response is required.

113.     Denies the allegations set forth in paragraph "113" of the Complaint.

114.     Denies the allegations set forth in paragraph "114" of the Complaint.

115.     Denies the allegations set forth in paragraph "115" of the Complaint.

116.     Denies the allegations set forth in paragraph "116" of the Complaint and states that to the extent that paragraph "116" of the Complaint asserts legal conclusions, no response is required.

117.	Denies the allegations set forth in paragraph "117" of the Complaint.

118.	In response to paragraph "118" of the Complaint, defendant repeats the responses set forth in the preceding paragraphs of this pleading as though fully set forth herein.

119.	Denies the allegations set forth in paragraph "115" of the Complaint.

120.	Paragraph "120" of the Complaint and all of its subparts asserts legal conclusions to which no response is required.

121.	Paragraph "121" of the Complaint asserts legal conclusions to which no response is required.

122.	Paragraph "122" of the Complaint asserts legal conclusions to which no response is required.

123.	Paragraph "123" of the Complaint and all of its subparts assert legal conclusions to which no response is required.

124.	Denies the allegations set forth in paragraph "124" of the Complaint.

125.	Denies the allegations set forth in paragraph "125" of the Complaint.

126.	Denies the allegations set forth in paragraph "126" of the Complaint.

127.	Denies the allegations set forth in paragraph "127" of the Complaint.

128.	Denies the allegations set forth in paragraph "128" of the Complaint.

129.	Denies the allegations set forth in paragraph "129" of the Complaint.

130.	Denies the allegations set forth in paragraph "130" of the Complaint.

131.	Denies the allegations set forth in paragraph "131" of the Complaint and states that to the extent paragraph "131" asserts conclusions of law, no response is required.

132.	Denies the allegations set forth in paragraph "132" of the Complaint.

133.	Denies the allegations set forth in paragraph "133" of the Complaint.

134. Denies the allegations set forth in paragraph "134" of the Complaint.

135. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "135" of the Complaint.

136. Denies the allegations set forth in paragraph "136" of the Complaint and states that to the extent paragraph "136" asserts conclusions of law, no response is required.

137. Denies the allegations set forth in paragraph "137" of the Complaint and states that to the extent paragraph "137" asserts conclusions of law, no response is required.

138. Denies the allegations set forth in paragraph "138" and all of its subparts of the Complaint.

139. Denies the allegations set forth in paragraph "139" of the Complaint.

140. Denies the allegations set forth in paragraph "140" of the Complaint.

141. Denies the allegations set forth in paragraph "141" of the Complaint.

142. Paragraph "142" of the Complaint asserts legal conclusions to which no response is required.

143. Paragraph "143" of the Complaint asserts legal conclusions to which no response is required.

144. Paragraph "144" of the Complaint asserts legal conclusions to which no response is required.

145. Paragraph "145" of the Complaint asserts legal conclusions to which no response is required.

146. Denies the allegations set forth in paragraph "146" of the Complaint.

147. Denies the allegations set forth in paragraph "147" of the Complaint.

148. Denies the allegations set forth in paragraph "148" of the Complaint.

149.     Denies the allegations set forth in paragraph "149" of the Complaint.

150.     Denies the allegations set forth in paragraph "150" of the Complaint and states that to the extent paragraph "150" asserts conclusions of law, no response is required.

151.     Denies the allegations set forth in paragraph "151" of the Complaint.

152.     In response to paragraph "152" of the Complaint, defendant repeats the responses set forth in the preceding paragraphs of this pleading as though fully set forth herein.

153.     Paragraph "153" of the Complaint asserts legal conclusions to which no response is required.

154.     Paragraph "154" of the Complaint and all of its subparts asserts legal conclusions to which no response is required.

155.     Denies the allegations set forth in paragraph "155" of the Complaint.

156.     Denies the allegations set forth in paragraph "156" of the Complaint.

157.     Denies the allegations set forth in paragraph "157" of the Complaint.

158.     Denies the allegations set forth in paragraph "158" of the Complaint.

159.     Denies the allegations set forth in paragraph "159" and all of its subparts of the Complaint.

160.     Denies the allegations set forth in paragraph "160" of the Complaint.

161.     Denies the allegations set forth in paragraph "161" of the Complaint.

162.     Denies the allegations set forth in paragraph "162" and all of its subparts of the Complaint and further states that to the extent paragraph "162" asserts conclusions of law, no response is required.

163.     Denies the allegations set forth in paragraph "163" of the Complaint.

164. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "164" of the Complaint.

165. Denies the allegations set forth in paragraph "165" of the Complaint.

166. Denies the allegations set forth in paragraph "166" of the Complaint.

167. Denies the allegations set forth in paragraph "167" of the Complaint.

168. Denies the allegations set forth in paragraph "168" of the Complaint.

169. Denies the allegations set forth in paragraph "169" of the Complaint.

170. Denies the allegations set forth in paragraph "170" of the Complaint.

171. Denies the allegations set forth in paragraph "171" and all of its subparts of the Complaint and further states that to the extent paragraph "171" asserts conclusions of law, no response is required.

172. Denies the allegations set forth in paragraph "172" of the Complaint and states that to the extent paragraph "172" asserts conclusions of law, no response is required.

173. Denies the allegations set forth in paragraph "173" of the Complaint.

174. Denies the allegations set forth in paragraph "174" of the Complaint.

175. Denies the allegations set forth in paragraph "175" of the Complaint.

176. Denies the allegations set forth in paragraph "176" of the Complaint and states that to the extent paragraph "176" asserts conclusions of law, no response is required.

177. Denies the allegations set forth in paragraph "177" of the Complaint.

178. In response to paragraph "178" of the Complaint, defendant repeats the responses set forth in the preceding paragraphs of this pleading as though fully set forth herein.

179. Paragraph "179" of the Complaint asserts legal conclusions to which no response is required.

180.    Paragraphs "180" of the Complaint and all of its subparts asserts legal conclusions to which no response is required.

181.    Denies the allegations set forth in paragraph "181" of the Complaint.

182.    Denies the allegations set forth in paragraph "182" of the Complaint.

183.    Denies the allegations set forth in paragraph "183" of the Complaint.

184.    Denies the allegations set forth in paragraph "184" of the Complaint.

185.    Denies the allegations set forth in paragraph "185" of the Complaint.

186.    Denies the allegations set forth in paragraph "186" of the Complaint.

187.    Denies the allegations set forth in paragraph "187" of the Complaint.

188.    Denies the allegations set forth in paragraph "188" of the Complaint.

189.    Denies the allegations set forth in paragraph "189" of the Complaint.

190.    Denies the allegations set forth in paragraph "190" of the Complaint.

191.    Denies the allegations set forth in paragraph "191" of the Complaint and all of its subparts.

192.    Denies the allegations set forth in paragraph "192" of the Complaint.

193.    Denies the allegations set forth in paragraph "193" of the Complaint.

194.    Denies the allegations set forth in paragraph "194" of the Complaint.

195.    Denies the allegations set forth in paragraph "195" of the Complaint and all of its subparts.

196.    Denies the allegations set forth in paragraph "196" of the Complaint.

197.    Denies the allegations set forth in paragraph "197" of the Complaint and all of its subparts.

198.    Denies the allegations set forth in paragraph "198" of the Complaint.

199.     Denies the allegations set forth in paragraph "199" of the Complaint.

200.     Denies the allegations set forth in paragraph "200" of the Complaint.

201.     Denies the allegations set forth in paragraph "201" of the Complaint.

202.     Denies the allegations set forth in paragraph "202" of the Complaint and states that to the extent paragraph "202" asserts conclusions of law, no response is required.

203.     Denies the allegations set forth in paragraph "203" of the Complaint.

204.     In response to paragraph "204" of the Complaint, defendant repeats the responses set forth in the preceding paragraphs of this pleading as though fully set forth herein.

205.     Paragraph "205" of the Complaint and all of its subparts asserts legal conclusions to which no response is required.

206.     Denies the allegations set forth in paragraph "206" of the Complaint.

207.     Denies the allegations set forth in paragraph "207" of the Complaint.

208.     Denies the allegations set forth in paragraph "208" of the Complaint.

209.     Denies the allegations set forth in paragraph "209" of the Complaint.

210.     Denies the allegations set forth in paragraph "210" of the Complaint.

211.     Denies the allegations set forth in paragraph "211" of the Complaint, and states that to the extent that paragraph "211" of the Complaint asserts legal conclusions, no response is required.

212.     Denies the allegations set forth in paragraph "212" of the Complaint.

213.     Denies the allegations set forth in paragraph "213" of the Complaint.

214.     Denies the allegations set forth in paragraph "214" of the Complaint and all of its subparts.

215. Denies the allegations set forth in paragraph "215" of the Complaint and states that to the extent paragraph "215" of the Complaint asserts conclusions of law, no response is required.

216. Denies the allegations set forth in paragraph "216" of the Complaint.

217. Denies the allegations set forth in paragraph "217" of the Complaint and states that to the extent paragraph "217" asserts conclusions of law, no response is required.

218. Denies the allegations set forth in paragraph "218" of the Complaint.

219. In response to paragraph "219" of the Complaint, defendant repeats the responses set forth in the preceding paragraphs of this pleading as though fully set forth herein.

220. Paragraph "220" of the Complaint and all of its subparts asserts conclusions of law to which no response is required.

221. Denies the allegations set forth in paragraph "221" of the Complaint, except admits that plaintiff was lawfully arrested on May 16, 2023.

222. Denies the allegations set forth in paragraph "222" of the Complaint.

223. Denies the allegations set forth in paragraph "223" of the Complaint.

224. Denies the allegations set forth in paragraph "224" of the Complaint, except admits that plaintiff was lawfully arrested on November 17, 2023.

225. Denies the allegations set forth in paragraph "225" of the Complaint.

226. Denies the allegations set forth in paragraph "226" of the Complaint.

227. Denies the allegations set forth in paragraph "227" of the Complaint.

228. Denies the allegations set forth in paragraph "228" of the Complaint.

229. Denies the allegations set forth in paragraph "229" of the Complaint.

230. Denies the allegations set forth in paragraph "230" of the Complaint.

231. Denies the allegations set forth in paragraph "231" of the Complaint.

232. Denies the allegations set forth in paragraph "232" of the Complaint and all of its subparts.

233. Denies the allegations set forth in paragraph "233" of the Complaint.

234. Denies the allegations set forth in paragraph "234" of the Complaint.

235. Denies the allegations set forth in paragraph "235" of the Complaint.

236. Denies the allegations set forth in paragraph "236" of the Complaint and states that to the extent paragraph "236" asserts conclusions of law, no response is required.

237. Denies the allegations set forth in paragraph "237" of the Complaint.

238. In response to paragraph "238" of the Complaint, defendant repeats the responses set forth in the preceding paragraphs of this pleading as though fully set forth herein.

239. Paragraph "239" of the Complaint asserts conclusions of law to which no response is required.

240. Paragraph "240" of the Complaint and all of its subparts assert conclusions of law to which no response is required.

241. Denies the allegations set forth in paragraph "241" of the Complaint.

242. Denies the allegations set forth in paragraph "242" of the Complaint.

243. Denies the allegations set forth in paragraph "243" of the Complaint.

244. Denies the allegations set forth in paragraph "244" of the Complaint.

245. Denies the allegations set forth in paragraph "245" of the Complaint.

246. Denies the allegations set forth in paragraph "246" of the Complaint.

247. Denies the allegations set forth in paragraph "247" of the Complaint.

248. Denies the allegations set forth in paragraph "248" of the Complaint.

249. Denies the allegations set forth in paragraph "249" of the Complaint.

250. Denies the allegations set forth in paragraph "250" of the Complaint.

251. Denies the allegations set forth in paragraph "251" of the Complaint.

252. Denies the allegations set forth in paragraph "252" of the Complaint.

253. Denies the allegations set forth in paragraph "253" of the Complaint and all of its subparts, and further states that to the extent that paragraph "253" of the Complaint and all of its subparts assert conclusions of law, no response is required.

254. Denies the allegations set forth in paragraph "254" of the Complaint.

255. Denies the allegations set forth in paragraph "255" of the Complaint.

256. Denies the allegations set forth in paragraph "256" of the Complaint.

257. Denies the allegations set forth in paragraph "257" of the Complaint and states that to the extent paragraph "236" asserts conclusions of law, no response is required.

258. Denies the allegations set forth in paragraph "258" of the Complaint.

## AS TO THE FIRST DEFENSE/AFFIRMATIVE DEFENSE:

259. The Complaint fails to state a claim upon which relief can be granted.

## AS TO THE SECOND DEFENSE/AFFIRMATIVE DEFENSE:

260. Any injury alleged to have been sustained resulted from plaintiff's own culpable or negligent conduct or the culpable or negligent conduct of third parties, and was not the proximate result of any act of defendant, the City of New York, or any of its agents.

## AS TO THE THIRD DEFENSE/AFFIRMATIVE DEFENSE:

261. Plaintiff provoked any incident.

## AS TO THE FOURTH DEFENSE/AFFIRMATIVE DEFENSE:

262. There was reasonable suspicion, probable cause, and/or exigent circumstances for any alleged stop or search because, *inter alia*, police officers were informed by

Francyna Evins that plaintiff was in violation of active orders of protection prior to May 16, 2023 and November 17, 2023.

## AS TO THE FIFTH DEFENSE/AFFIRMATIVE DEFENSE:

263.    There was probable cause for plaintiff's arrest, detention, and prosecution because, *inter alia*, police officers were informed by Francyna Evins that plaintiff was in violation of active orders of protection prior to May 16, 2023 and November 17, 2023.

## AS TO THE SIXTH DEFENSE/AFFIRMATIVE DEFENSE:

264.    Defendant City has not violated any rights, privileges, or immunities under the Constitution or laws of the United States or the State of New York or any political subdivision thereof, nor has defendant City violated any Act of Congress providing for the protection of civil rights.

## AS TO THE SEVENTH DEFENSE/AFFIRMATIVE DEFENSE:

265.    Punitive damages cannot be assessed against defendant City.

## AS TO THE EIGHTH DEFENSE/AFFIRMATIVE DEFENSE:

266.    Plaintiff may have failed to mitigate his alleged damages.

## AS TO THE NINTH DEFENSE/AFFIRMATIVE DEFENSE:

267.    Any force used upon plaintiff was reasonable under the circumstances.

## AS TO THE TENTH DEFENSE/AFFIRMATIVE DEFENSE:

268.    Plaintiff has failed to state a claim under Monell v. Dep't of Social Services, 436 U.S. 658 (1978).

## AS TO THE ELEVENTH DEFENSE/AFFIRMATIVE DEFENSE:

269.    Plaintiff may have failed to comply with New York General Municipal Law §§ 50(e), *et seq*.

### AS TO THE TWELFTH DEFENSE/AFFIRMATIVE DEFENSE:

270.    Plaintiff's claims may be barred, in part, by the applicable statute of limitations.

### AS TO THE THIRTEENTH DEFENSE/AFFIRMATIVE DEFENSE:

271.    At all times relevant to the acts alleged in the complaint, defendant City, its agents and officials, acted reasonably and properly in the lawful exercise of their discretion and/or judgmental functions/decisions. Therefore, defendant City is entitled to governmental immunity from liability on plaintiff's state law claims.

### AS TO THE FOURTEENTH DEFENSE/AFFIRMATIVE DEFENSE:

272.    The NYPD is a non-suable entity.

**WHEREFORE,** defendant City requests judgment dismissing the Complaint in its entirety, together with the costs and disbursements of this action, and such other and further relief as the Court may deem just and proper.

Dated:      New York, New York
            May 23, 2025


                        MURIEL GOODE-TRUFANT
                        Corporation Counsel of the City of New York
                        *Attorney for Defendant City of New York*
                        100 Church Street, Room 3-173A
                        New York, NY 10007
                        T: (212) 356-2410
                        E: jhutchin@law.nyc.gov


            By:        *s/ Jonathan Hutchinson*
                        Jonathan Hutchinson
                        *Senior Counsel*
                        Special Federal Litigation Division

cc:    **<u>BY ECF</u>**
Tyrone A. Blackburn, Esq.
*Attorney for Plaintiff*