Case Name: Clayton Howard v. City of New York, et al.    Case Number: 24 CV - 8316 (KMA) (LKE)

# PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED _BEFORE_ THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | x | | 8/25/25 |
| 2. Rule 26(a)(1) disclosures exchanged | | | |
| 3. Requested: | | | |
|    a. Medical records authorization | x | | |
|    b. Identification of John Doe/Jane Doe defendants | | | |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | | x | |
| 5. Protective Order to be submitted for court approval (_see_ Standing Protective Order on the Chambers website) | | | 10/28/25 |
| **B. SETTLEMENT PLAN** | | | |
| 1. Plaintiff to make settlement demand | | | 09/29/25 |
| 2. Defendant to make settlement offer | | | 11/13/25 |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) | | | |
| 4. Settlement Conference (proposed date) | | | |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties | | | 10/03/25 |
| 2. Motion to amend pleadings | | | 10/03/25 |
| 3. Initial documents requests and interrogatories | | | 10/03/25 |
| 4. All fact discovery to be completed | | | 03/04/26 |
| 5. Joint status report certifying the close of fact discovery (one week later) | | | 03/11/26 |

| 6. Expert discovery (only if needed) | | *Check here if not applicable* ☐ | |
|---|---|---|---|
| | **DONE** | **NOT APPLICABLE** | **DATE** |
| a. Affirmative expert reports due | ▓ | | |
| b. Rebuttal expert reports due | ▓ | | |
| c. Depositions of experts to be completed | ▓ | | |
| 7. Completion of all discovery (if different from C.4) | ▓ | | |
| 8. Joint status report certifying close of all discovery and indicating whether dispositive motion is anticipated (one week later) | ▓ | | 03/11/26 |
| 9. If any party seeks a dispositive motion, date to<br>  a. file request for pre-motion conference (if required), or<br>  b. file briefing schedule for the motion | ▓ | | 03/25/26 |
| 10. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | ▓ | | 04/01/26 |
| **D. CONSENT TO MAGISTRATE JUDGE JURISDICTION** | | | |
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motions? | | | ☐ Yes<br>☑ No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | | | ☐ Yes<br>☑ No |
| **E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY** | | | |
| 1. Motion for collective action certification in FLSA cases | | | |
|   a. Response due | | | |
|   b. Reply due | | | |
| 2. Motion for Rule 23 class certification | | | |
|   a. Response due | | | |
|   b. Reply due | | | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

_____        _____
**LARA K. ESHKENAZI**        **Date**
United States Magistrate Judge