UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

CLAYTON HOWARD
        Plaintiff,

v.

CITY OF NEW YORK, et al.
        Defendants.

-----------------------------------------------------------x

Civil Action No. 24-8316

**ORIGINAL**

MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

TO THE HONORABLE COURT:

Plaintiff Clayton Howard, appearing pro se, respectfully moves this Court for leave to file an Amended Verified Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2). In support of this motion, Plaintiff states:

BACKGROUND

1. On December 3, 2024, Plaintiff filed his Verified Complaint in this action asserting claims under 42 U.S.C. §§ 1981, 1983, 1985, 1986, and 1988, as well as various state law claims against multiple defendants.
2. The original Complaint included defendants identified as "John and Jane Does 1-10," described as unnamed Police Officers of the New York City Police Department and employees of the Richmond County District Attorney's Office who were employed by the City of New York and/or Richmond County at all times relevant hereto.
3. Through discovery and investigation subsequent to filing, Plaintiff has identified the specific individuals previously designated as "John and Jane Does 1-10."
4. Defendants have not yet served their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).
5. Defense counsel has consented to this motion to amend.

GROUNDS FOR AMENDMENT

6. Amendment is Sought in Good Faith

REC'D IN PRO SE OFFICE
SEP 25 '25 PM5:24

Plaintiff seeks to amend the Complaint solely to substitute the actual names of previously unidentified defendants for the placeholder "John and Jane Does 1-10" designations. This amendment is made in good faith and not for purposes of delay or harassment.

7. No Prejudice to Defendants

   The proposed amendment will not prejudice any defendant because:

   a. The amendment merely substitutes actual names for placeholder designations
   b. The factual allegations and legal claims remain substantially the same
   c. No new defendants are being added beyond those contemplated in the original pleading
   d. Defense counsel has consented to the amendment
   e. Initial disclosures have not yet been served

8. Amendment is Timely

   This motion is filed before defendants' initial disclosures are due, demonstrating the timeliness of the request and Plaintiff's diligence in identifying the unnamed defendants.

9. Amendment Serves the Interests of Justice

   Allowing the amendment will:

   i. Provide proper notice to all defendants of the claims against them
   ii. Enable complete resolution of all claims arising from the same operative facts
   iii. Avoid the need for separate litigation against the newly identified defendants
   iv. Promote judicial economy

REQUEST FOR RELIEF

   **WHEREFORE**, Plaintiff respectfully requests that this Court:

i. Grant leave to file the proposed Amended Verified Complaint;
ii. Direct the Clerk to issue new summonses for service upon the newly named defendants; and
iii. Grant such other and further relief as this Court deems just and proper.

Dated: September 25, 2025

Respectfully submitted,

*Clayton Howard*

Clayton Howard
Plaintiff, Pro Se
24 Orchard Street
Carteret, New Jersey 07008
itsclaytonhoward@gmail.com