Clayton Howard
24 Orchard Street
Carteret, New York 07008
(929)781-7791
itsclaytonhoward@gmail.com



October 24, 2025

Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *Clayton Howard* v. *City of New York, et al.*

    Case No. 24-cv-8316 (LKE)

    Request for Issuance of Subpoena Duces Tecum Pursuant to FRCP 45

Dear Clerk of Court:

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, I respectfully request that your office issue a subpoena duces tecum for the production of documents from a non-party witness in the above-referenced matter.

The subpoena is to be directed to Meta Platforms, Inc., c/o CT Corporation System, 28 Liberty Street, New York, NY 10005, and to Meta Platforms, Inc. Legal Department, 1601 Willow Road, Menlo Park, CA 94025. The requested documents are material and relevant to the claims and defenses in this civil rights action and cannot be obtained from other readily available sources.

**I. DOCUMENTS REQUESTED**

The subpoena seeks comprehensive records from Meta Platforms, Inc. (Facebook) necessary to establish critical facts regarding cyberstalking, harassment, and defamation relevant to this litigation. Specifically, the subpoena requests:

**A. All Facebook Accounts Associated with Dimonic Smith**

Complete records of all Facebook accounts registered to, created by, used by, accessed by, or otherwise associated with Dimonic Smith, including but not limited to accounts identified or linked through:

- Telephone numbers: (929) 781-7781, (347) 398-2856, (718) 737-1498, (315) 523-2096, (347) 517-7878
- Email addresses: stacks.domo@icloud.com, msjuicy1069@icloud.com, and all emails on record
- Device identifiers, including IMEI numbers and device serial numbers
- IP addresses used by Dimonic Smith
- Payment methods (credit cards, debit cards, payment services)
- Physical address: 3184 Webster Avenue, Bronx, New York 10467
- Biometric data, facial recognition matches, and other identifying information

For each account identified, the following information is requested:

- Complete account registration information (date created, registration email, phone, IP address)
- Profile information (names, photos, biographical data, location)
- Complete access logs for August 1, 2023 – September 15, 2023 and September 19, 2023 - December 31, 2023
- Account settings and privacy configurations
- List of all friends, followers, and connections
- List of all groups joined or administered
- Linked or connected accounts

### B. Interactions with Plaintiff Clayton Howard's Facebook Account

All records of interactions from any account associated with Dimonic Smith directed to or concerning the Facebook account of Clayton Howard during Period 1 (March 1, 2024 - September 1, 2024) and Period 2 (April 1, 2025 - September 15, 2025), including:

- All direct messages and private communications
- All posts on Plaintiff's timeline
- All comments on Plaintiff's posts
- All likes, reactions, or engagements with Plaintiff's content
- All shares or republications of Plaintiff's content
- All posts mentioning, tagging, or referencing Plaintiff
- All searches for Plaintiff's name or account
- All profile views of Plaintiff's account
- All posts containing Plaintiff's photographs, including mugshot

### C. Specific Named Facebook Accounts

Complete records of the following Facebook accounts, including creation date, registration information, access logs, device identifiers, IP addresses, profile information, friends list, all posts (particularly those containing Clayton Howard's mugshot or accusing him of being abusive or a "deadbeat father"), metadata, messages, groups, searches, payment methods, and deletion history:

- PENNY CHELSE (https://www.facebook.com/share/19uHNqAg7o/?mibextid=wwXIfr)
- NATHAN FIN (https://www.facebook.com/share/1BbHqNmAyQ/?mibextid=wwXIfr)
- CHINA LIMON (https://www.facebook.com/share/1CBzD3YVSQ/?mibextid=wwXIfr)
- DOMO YAFAVV (https://www.facebook.com/share/14MkWQcBbQr/?mibextid=wwXIfr)
- AYO DOMO (https://www.facebook.com/share/1GYkiKBKbP/?mibextid=wwXIfr)
- LBI POLONIUS (https://www.facebook.com/share/1YbXahfKH9/?mibextid=wwXIfr)

### D. Anonymous Participants

All records connecting Dimonic Smith to anonymous participants who interacted with content posted to various Facebook groups on the following dates:

> **May 8, 2025:** Together Brothers Inc (Episodes 103-105), Staten Island Uncensored (Episodes 103-105), Narcissistic Relationships, Citizens of Staten Island (Episodes 103-105) - Multiple anonymous participants numbered 102, 339, 518, 570, 743, 872, 876, 882, 945, 993, 997.
>
> **May 17, 2025:** Together Brothers Inc (Episodes 97, 107, Exposing), Staten Island Uncensored (Episodes 97, 107, 109-110, Exposing Corruption), Narcissistic Relationships, Citizens of Staten Island (Episodes 97, 110, Exposing) - Multiple anonymous participants numbered 159, 160, 328, 335, 398, 518, 547, 652, 706, 743, 754, 776.
>
> **May 27, 2025:** Citizens of Staten Island (Episode 111), Staten Island Uncensored (Episodes 111-112), Together Brothers Inc (Episodes 111-112) - Anonymous participants numbered 217, 644, 667, 773, 848.
>
> **May 30, 2025:** Staten Island Uncensored (Fight False), Together Brothers Inc (Fight False Arrest) - Anonymous participants numbered 457, 535.
>
> **May 31, 2025:** Clayton Howard Page (Episodes 110-113) - NATHAN FIN.

### E. Cross-Account Connection Analysis

> All records showing connections, links, or relationships between multiple accounts associated with Dimonic Smith and the named accounts above, including shared device analysis, shared IP address analysis, simultaneous or sequential login patterns, shared contact information, cross-posting or coordinated activity, common friends or connections, and message exchanges between accounts.

## II. PRODUCTION REQUIREMENTS

All records shall be produced in electronic format with full metadata preserved. Documents shall be produced in native format where possible, with all embedded metadata including creation and modification dates/times, author/creator information, IP addresses and GPS/location data, device identifiers, and all file properties. For databases or structured data, production in machine-readable format (CSV, JSON, or XML) with data dictionaries is requested.

Materials should be organized and labeled by category as described above, with a privilege log for any documents withheld.

## III. TIME AND PLACE OF PRODUCTION

Documents shall be produced within thirty (30) days of service of the subpoena and shall be electronically transmitted to: itsclaytonhoward@gmail.com.

Meta Platforms, Inc. is entitled to reimbursement of reasonable costs of production pursuant to FRCP 45(d)(1). The company may submit an itemized cost statement within ten (10) days of service of the subpoena.

## IV. RELEVANCE AND NECESSITY

The requested information is directly relevant to the claims and defenses in this civil rights action. The records will establish patterns of online harassment, cyberstalking, defamation, and coordinated activity that are central to Plaintiff's claims. The documents cannot be obtained from alternative sources and are essential to proving Plaintiff's case.

I have prepared a proposed subpoena in accordance with Rule 45 of the Federal Rules of Civil Procedure and will complete all necessary information upon receipt of the blank subpoena form from your office. I will be responsible for proper service of the subpoena on Meta Platforms, Inc., and will file proof of service with the Court as required by FRCP 45(b)(4).

Thank you for your attention to this matter. Should you have any questions or require additional information, please do not hesitate to contact me at the address or phone number listed above.

Respectfully submitted,

*Clayton Howard*

Clayton Howard
Pro Se Plaintiff