Clayton Howard
24 Orchard Street
Carteret, New York 07008
(929)781-7791
itsclaytonhoward@gmail.com

October 24, 2025

Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Clayton Howard v. City of New York, et al.
    Case No. 24-cv-8316 (LKE)
    Request for Issuance of Subpoena Duces Tecum Pursuant to FRCP

**To the Honorable Clerk of the Court:**

Plaintiff Clayton Howard, by and through undersigned counsel, respectfully requests that this Honorable Court issue a subpoena duces tecum pursuant to Rule 45 of the Federal Rules of Civil Procedure to the following non-party:

**Lyft, Inc.**
c/o Registered Agent
185 Berry Street, Suite 5000
San Francisco, CA 94107

## I. DOCUMENTS AND INFORMATION SOUGHT

Plaintiff seeks the production of the following documents and electronically stored information from Lyft, Inc.:

All ride records, trip data, receipts, payment information, GPS location data, driver information, vehicle information, and any other records related to account holders FRANCYNA EVINS for the date of February 15, 2022, including but not limited to:

1. All ride requests, accepted rides, and completed rides on February 15, 2022
2. Pick-up and drop-off locations with timestamps
3. GPS route data and maps
4. Driver name(s) and contact information
5. Vehicle information (make, model, license plate)
6. Payment method and transaction records
7. Fare amounts and pricing breakdown
8. Any communications between rider and driver
9. Any ratings or feedback
10. Account registration information and contact details

## II. ACCOUNT HOLDER INFORMATION

Name: FRANCYNA EVINS
Email: Francynaevins@icloud.com
Phone Number: (347) 668-1233

## III. RELEVANCE AND NECESSITY

The documents and information sought are relevant to the claims and defenses in this action and are necessary for the prosecution of Plaintiff's case. The requested records are not available from any party to this action and can only be obtained from Lyft, Inc. The information sought is proportional to the needs of the case considering the importance of the issues at stake in the action, the amount in controversy, and the importance of the discovery in resolving the issues.

## IV. PRODUCTION DETAILS

Plaintiff respectfully requests that the subpoena command production of the requested documents by December 15, 2025, via electronic production to the following email address: itsclaytonhoward@gmail.com

## V. SERVICE

Upon issuance of the subpoena, Plaintiff will arrange for proper service upon Lyft, Inc. through its registered agent in accordance with Rule 45 of the Federal Rules of Civil Procedure.

## VI. CONCLUSION

WHEREFORE, Plaintiff respectfully requests that this Honorable Court issue the attached subpoena duces tecum to Lyft, Inc., commanding the production of the documents and information described herein.

Respectfully submitted,

Dated: October 24, 2025

*Clayton Howard*
Clayton Howard
Plaintiff Pro Se
24 Orchard Street
Carteret, New Jersey 07008
itsclaytonhoward@gmail.com
(929)781-7791