Clayton Howard
24 Orchard Street
Carteret, New Jersey 07008
(929)781-7791
itsclaytonhoward@gmail.com

October 24, 2025

Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   *Clayton Howard* v. *City of New York, et al.*, Case No. 24-8316

   Request for Issuance of Subpoena Pursuant to FRCP 45

Dear Clerk of Court:

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, I respectfully request that your office issue a subpoena for the production of documents from a non-party witness in the above-referenced matter.

The subpoena is to be directed to Uber Technologies, Inc., located at 1515 3rd Street, San Francisco, CA 94158, c/o its Registered Agent. The requested documents are material and relevant to the claims and defenses in this action and cannot be obtained from other readily available sources.

Specifically, the subpoena seeks the production of all ride records, trip data, receipts, payment information, GPS location data, driver information, vehicle information, and any other records related to the account holder Francyna Evins for the date of February 15, 2022. This information is necessary to establish the timeline of events and locations relevant to the claims asserted in the complaint.

The documents sought include, but are not limited to:

1. All ride requests, accepted rides, and completed rides on February 15, 2022;
2. Pick-up and drop-off locations with timestamps;
3. GPS route data and maps;
4. Driver name(s) and contact information;
5. Vehicle information (make, model, license plate);
6. Payment method and transaction records;
7. Fare amounts and pricing breakdown;
8. Any communications between rider and driver;
9. Any ratings or feedback; and
10. Account registration information and contact details.

The account holder information for purposes of this subpoena is as follows: Francyna Evins, email address Francynaevins@icloud.com, phone number (347) 668-1233. Electronic production is requested to be sent to itsclaytonhoward@gmail.com by December 15, 2025.

I have prepared the proposed subpoena in accordance with Rule 45 and will complete the necessary information upon receipt of the subpoena form from your office. I will be responsible for service of the subpoena on Uber Technologies, Inc., and will file proof of service with the Court as required.

Thank you for your attention to this matter. Should you have any questions or require additional information, please do not hesitate to contact me at the address or phone number listed above.

Respectfully submitted,

*Clayton Howard*
Clayton Howard
Plaintiff
Pro se