

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**JONATHAN HUTCHINSON**
*Senior Counsel*
Tel.: (212) 356-2410
Fax: (212) 356-3509
jhutchin@law.nyc.gov

November 5, 2025

**VIA ECF**
Honorable Lara K. Eshkenazi
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

         Re:    Clayton Howard v. City of New York, et al.,
                24-CV-8316 (KAM) (LKE)

Your Honor:

      I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney representing defendant the City of New York ("City") in the above-referenced matter. Defendant writes to respectfully request a twenty-one (21) day enlargement of time to respond, if necessary, to plaintiff's second motion to amend and supplement the Complaint, from November 14, 2025 until December 5, 2025. This is the first request for such an enlargement of time to respond to plaintiff's second motion to amend. Plaintiff *pro se*, Clayton Howard, consents to this request.

      By way of background, plaintiff filed a motion for leave to amend the Complaint on September 25, 2025. *See* ECF No. 17. Defendant filed its opposition to plaintiff's motion to amend on October 10, 2025. *See* ECF No. 20. Before the Court ruled on plaintiff's motion, plaintiff filed a second motion to amend and supplement the Complaint. *See* ECF No. 23. To date, the Court has yet to rule on either of plaintiff's motions to amend.

      In the coming days, this case will be re-assigned to another attorney in the undersigned's Office. The requested extension will afford the newly-assigned attorney an opportunity to familiarize themselves with the facts of the case and plaintiff's motion, before

formulating a response to the motion. In addition, as the Court is aware, this case has an *extensive* procedural history, including other motions to amend and oppositions to those various motions.[1]

For the foregoing reasons, defendant City respectfully requests a twenty-one (21) day enlargement of time to respond to plaintiff's second motion to amend the Complaint, from November 14, 2025 until December 5, 2025.

Thank you for your consideration herein.

Respectfully submitted,

*/s/ Jonathan Hutchinson*
Jonathan Hutchinson
*Senior Counsel*
Special Federal Litigation Division

cc: **VIA E-MAIL**
Clayton Howard
itsclaytonhoward@gmail.com
*Plaintiff pro se*

---

[1] Indeed, as recently as October 24, 2025, defendant filed an opposition to a motion for leave to file an amended complaint. *See* ECF ¶ 29. Unlike his previous filing, *see* ECF ¶ 17, this time, plaintiff did not file his proposed amended complaint with the motion seeking leave to amend the complaint.