# DECLARATION OF SERVICE BY E-MAIL

      I, Jonathan Hutchinson, declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that on November 5, 2025, pertaining to *Clayton Howard v. City of New York, et al.*, 24-CV-8316 (KAM) (LKE), I served a copy of:

- Request for an Extension of Time for Defendant to Response to Plaintiff's Second Motion to Amend, dated November 5, 2025.

by e-mail directed to *pro se* plaintiff at the address set forth below:

Clayton Howard
*Plaintiff pro se*
Email: itsclaytonhoward@gmail.com

Plaintiff has consented in writing to service by e-mail to the above e-mail address.

Dated:  November 5, 2025
        New York, New York

                                                             /s/ *Jonathan Hutchinson*
                                                             Jonathan Hutchinson
                                                             Senior Counsel
                                                             Special Federal Litigation Division