

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**JONATHAN HUTCHINSON**
*Senior Counsel*
Tel.: (212) 356-2410
Fax: (212) 356-3509
jhutchin@law.nyc.gov

November 14, 2025

**VIA ECF**
Honorable Lara K. Eshkenazi
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    <u>Clayton Howard v. City of New York, *et al.*,</u>
               24-CV-8316 (KAM) (LKE)

Your Honor:

      I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney representing defendant, City of New York ("City") in the above-referenced matter. Defendant writes to advise the Court that it does not consent to Court ordered mediation. In addition, defendant is not in a position to respond to plaintiff's demand at this time. However, should plaintiff reevaluate his settlement position, defendant is amenable to attending a settlement conference with Your Honor.

      Thank you for your consideration herein.

                                                                   Respectfully submitted,

                                                                   */s/ Jonathan Hutchinson*
                                                                   Jonathan Hutchinson
                                                                   *Senior Counsel*
                                                                   Special Federal Litigation Division

cc: **VIA E-MAIL**
Clayton Howard
itsclaytonhoward@gmail.com