# DECLARATION OF SERVICE BY E-MAIL

I, Anumeha Tanya, declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that on December 5, 2025, pertaining to *Clayton Howard v. City of New York, et al.*, 24-CV-8316 (KAM) (LKE), I served a copy of:

- Defendant's Opposition to Plaintiff's Notice of Motion to Amend/Correct/Supplement Complaint enclosed with supporting documents, dated December 5, 2025. (ECF#45).

by e-mail directed to *pro se* plaintiff at the address set forth below:

> Clayton Howard
> *Plaintiff pro se*
> Email: itsclaytonhoward@gmail.com

Plaintiff has consented in writing to service by e-mail to the above e-mail address.

Dated: December 5, 2025
      New York, New York

/s/ *Anumeha Tanya*
Anumeha Tanya
Senior Counsel
Special Federal Litigation Division