

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ANUMEHA TANYA**
*Senior Counsel*
Tel: (212) 356-5052
atanya@law.nyc.gov

December 19, 2025

**BY ECF**
Honorable Lara K. Eshkenazi
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *Clayton Howard v. City of New York, et al.,* 24-CV-8316 (KAM) (LKE)

Your Honor:

  I am a Senior Counsel in the Office of the Muriel Goode-Trufant, Corporation Counsel of the City of New York, representing defendant City of New York ("defendant City") in the above-referenced matter. Pursuant to the Court's September 3, 2025 Order, the parties write to provide this status report regarding the progress of discovery.

  By way of background, on September 25, 2025, plaintiff filed a motion for leave to file a first amended complaint along with a copy of a proposed amended complaint. *See* ECF No. 17. On September 30, 2025, plaintiff filed a letter "in support of his first amended complaint," with an "updated" first amended complaint. *See* ECF No. 19, 19-1. On October 10, 2025, defendant filed its opposition to plaintiff's motion for leave to file his first amended complaint. *See* E.C.F. No. 20. Even though the Court had not yet ruled on plaintiff's first motion to amend, on October 23, 2025, plaintiff filed yet another motion for leave to amend. *See* E.C.F. No. 25. On December 5, 2025, defendant City filed its opposition to plaintiff's second motion for leave to amend. *See* E.C.F. No. 45. To date, Your Honor has not ruled on either of the plaintiff's motions.

  In the interim, the parties have exchanged initial disclosures and defendant City has also provided its response to plaintiff's first request for the production of documents. Additionally, the parties have conferred and plaintiff has provided a settlement demand to the City. Defendant City is reviewing the information provided by the plaintiff and is currently evaluating the settlement demand.

The parties thank the Court for its consideration of this matter.

Respectfully submitted,

/s/ *Anumeha Tanya*

Anumeha Tanya
*Senior Counsel*
Special Federal Litigation Division

cc: **VIA ECF and Email**
    Clayton Howard
    *Plaintiff Pro Se*