

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ANUMEHA TANYA**
*Senior Counsel*
Tel: (212) 356-5052
atanya@law.nyc.gov

January 16, 2025

**BY ECF**
Honorable Lara K. Eshkenazi
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Clayton Howard v. City of New York, et al.,* 24-CV-8316 (KAM) (LKE)

Your Honor:

      I am a Senior Counsel in the Office of the Muriel Goode-Trufant, Corporation Counsel of the City of New York, representing defendant City of New York ("defendant City") in the above-referenced matter. Pursuant to the Court's December 23, 2025 Order, the parties write to provide this status report regarding the progress of discovery.

      By way of background, on January 6, 2026, Your Honor scheduled an in-person motion hearing regarding Plaintiff's motion to amend for January 12, 2026. *See* E.C.F. Order dated January 6, 2026. Thereafter, the hearing was rescheduled to February 2, 2026. *See* E.C.F. Order Dated January 8, 2026.

      In the interim, the plaintiff has provided additional information regarding his previous arrests which is being investigated by this office and may inform our settlement position. Defendant has advised Plaintiff that it intends to respond to his settlement demand by February 23, 2026. Additionally, the parties have conferred and plaintiff has also agreed to extend the deadline for defendant's response to plaintiff's discovery demands while they attempt to resolve this case.

The parties thank the Court for its consideration of this matter.

                                        Respectfully submitted,

                                        /s/ *Anumeha Tanya*

                                        Anumeha Tanya
                                        *Senior Counsel*
                                        Special Federal Litigation Division

cc:   **VIA ECF and Email**
       Clayton Howard
       *Plaintiff Pro Se*