UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

CLAYTON HOWARD,   Case No. 24-8316 (LKE)

    Plaintiff,

v.   NOTICE TO COURT REGARDING

EXHIBITS TO SUPPLEMENTAL

MEMORANDUM

CITY OF NEW YORK, et al.,

    Defendants,

-------------------------------------------------------------x

TO THE HONORABLE LAURA K. ESKENAZI:

Plaintiff Clayton Howard, proceeding pro se, respectfully submits this Notice to advise the Court of a technical limitation preventing the filing of critical exhibits supporting his Supplemental Memorandum in Further Support of Motion for Leave to Amend and Supplement Complaint, filed simultaneously herewith.

## ISSUE PRESENTED

The Court's electronic filing portal for pro se litigants does not provide an option to attach multiple exhibits or supplemental documents to a single filing. Plaintiff has attempted to attach exhibits through the pro se CM/ECF system but finds no mechanism to add documents beyond the primary filing.

## EXHIBITS PREPARED FOR FILING

Plaintiff has prepared ten (10) exhibits that verify and support the factual allegations made in the Supplemental Memorandum:

Exhibit A: Proposed Amended Complaint (referenced throughout Supplemental Memorandum) Already filed

Exhibit B: All evidence of Transcript fraud to include use to claim Plaintiff is mentally ill using 3rd Party records of another

Exhibit C: September 11, 2025 Kings County fabricated TPO of Dimonic Smith

Exhibit D: Cyber Stalking of Dimonic Smith

Exhibit E: January 16 and 16, 2025 audio authentification of Audio confessions of Dimonic Smith

Exhibit F: March 11, 2024 Confession Messages of Dimonic Smith

Exhibit G: March 12, 2024 iPhone text conversation and confession of Dimonic Smith

Exhibit H: Fabricated May 16, 2023 Arrest by Detective Joesph Quirk using 123rd Precinct complaints

Exhibit I: Internal Report between ADA Giovinazzio and Detective Depalma and Nov 17, 2023 directive not to arrest the Plaintiff

Exhibit J: Demand sent to defense counsel seeking investigation into Evins and Smith

These exhibits contain critical evidence supporting the factual allegations in the Supplemental Memorandum, including recorded confessions, prosecutorial directives, forensic analysis, and documented patterns of constitutional violations.

## REQUEST FOR GUIDANCE

Plaintiff respectfully requests that the Court provide guidance on one of the following options for filing these exhibits:

Option 1: The Court direct the Clerk's Office to provide Plaintiff with instructions for electronically filing multiple exhibits through the pro se portal or an alternative electronic filing method.

Option 2: The Court permit Plaintiff to file the exhibits as separate docket entries, numbered sequentially (e.g., "Exhibit A to Supplemental Memorandum," "Exhibit B to Supplemental Memorandum," etc.).

Option 3: The Court permit Plaintiff to bring physical copies of all exhibits to the February 14, 2026 in-person hearing currently scheduled before this Court, at which time Plaintiff can provide the exhibits to the Court and serve copies on opposing counsel.

Option 4: The Court direct Plaintiff to mail physical copies of the exhibits to Chambers with a cover letter referencing this filing and the pending motion.

## GOOD FAITH EFFORT

Plaintiff has made good faith efforts to resolve this issue, including:

1. Reviewing the Court's Electronic Filing Procedures for Pro Se Litigants available on the Court's website;
2. Attempting to attach multiple documents through the CM/ECF pro se interface without success;
3. Contacting the Clerk's Office Help Desk on January 30, 2026, and being advised that pro se filers are limited to single-document uploads per docket entry;
4. Preparing this Notice to bring the issue to the Court's attention in advance of the February 14, 2026 hearing.

## PREJUDICE IF EXHIBITS NOT FILED

These exhibits are essential to Plaintiff's Supplemental Memorandum and the underlying Motion for Leave to Amend. Without these exhibits:

a. The Court cannot hear the audio recordings of Dimonic Smith's admissions to filing false reports and exploiting racial bias;
b. The Court cannot review the ADA's explicit directive to Detective Quirk not to arrest Plaintiff;
c. The Court cannot examine the forensic evidence establishing the cyber stalking enterprise;
d. The Court cannot assess the documented pattern of discriminatory enforcement;
e. Defendants may challenge factual allegations as unsupported, despite Plaintiff possessing documentary proof.

Plaintiff does not seek delay of the February 14, 2026 hearing. Rather, Plaintiff seeks to ensure the Court has access to all supporting evidence when considering the pending motion, whether that evidence is filed electronically in advance, submitted at the hearing, or transmitted through an alternative method directed by the Court.

## PROPOSED RESOLUTION

If the Court permits Option 3 (submission at the February 14, 2026 hearing), Plaintiff proposes to:

1. Bring three (3) complete sets of all exhibits (one for the Court, one for opposing counsel, one for Plaintiff's records);
2. Provide an exhibit index listing each exhibit with a brief description;
3. Tender the exhibits at the commencement of the hearing for the Court's review;
4. Reference exhibits by letter during oral argument as needed.

Alternatively, if the Court prefers earlier submission through Options 1, 2, or 4, Plaintiff stands ready to comply immediately upon receiving the Court's direction.

## CONCLUSION

Plaintiff respectfully requests that the Court provide guidance on the proper procedure for filing the ten exhibits supporting the Supplemental Memorandum in Further Support of Motion for Leave to Amend and Supplement Complaint. Plaintiff is prepared to comply with whatever method the Court deems appropriate and does not seek any delay of the February 14, 2026 hearing.

Plaintiff thanks the Court for its consideration of this matter and apologizes for any inconvenience caused by the technical limitations of the pro se filing system.

Dated: February 3, 2026

Brooklyn, New York

>   Respectfully submitted,
>
>   *Clayton Howard*
>   Clayton Howard
>   Plaintiff, Pro Se
>   24 Orchard Street
>   Carteret, New Jersey 07008
>   (929) 781-7791
>   itsclaytonhoward@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2026, I served the foregoing Notice to Court Regarding Exhibits to Supplemental Memorandum upon all parties via ECF and upon:

Anuemha Tanya
Senior Counsel
Corporation Counsel of the City of New York
100 Church Street
New York, NY 10007
Email: atanya@law.nyc.gov

*Clayton Howard*

Clayton Howard

Plaintiff