

| STEVEN BANKS<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | ANUMEHA TANYA<br>*Senior Counsel*<br>Tel: (212) 356-5052<br>atanya@law.nyc.gov |
|---|---|---|

March 4, 2026

**BY ECF**
Honorable Lara K. Eshkenazi
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Clayton Howard v. City of New York, et al.,* 24-CV-8316 (KAM) (LKE)

Your Honor:

      I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, representing defendant City of New York ("defendant") in the above-referenced matter. Pursuant to the Court's September 3, 2025 Order, defendant respectfully requests an extension of time from today until July 6, 2026 to complete fact discovery. This is the first such request by the defendant.[1]

      By way of background, on September 3, 2025, Your Honor scheduled an initial conference and endorsed the parties proposed Scheduling Order. *See* E.C.F. Order dated September 3, 2025. Pursuant to the Scheduling Order, all discovery shall be completed by March 4, 2026, and the parties are required to file a joint status report certifying the close of all discovery by March 11, 2026. *Id.*

      On September 25, 2025, plaintiff filed his first motion to amend the complaint. *See* E.C.F. No. 17. Defendant filed its opposition to this motion on October 10, 2025. *See* E.C.F. No. 20. While this first motion to amend was pending, plaintiff filed a second motion to amend on October 23 2025. *See* E.C.F. No. 25. On December 5, 2025, defendant filed its opposition to plaintiff's second motion to amend the complaint. *See* E.C.F. No. 45. Plaintiff continued to file

---

[1] Defendant conferred extensively with plaintiff in an effort to submit a joint request. At approximately 6:30 p.m. tonight, however, plaintiff informed the undersigned that he will not join in the request and instead intends to file a separate letter with the Court.

additional motions and memorandum with the Court during the pendency of the aforementioned briefing. *See* E.C.F. Nos. 19, 40, 41. 42, 43, 47, 50, and 51.

On February 12, 2026, Your Honor denied plaintiff's motions to amend. *See* E.C.F. Order dated February 12, 2026. Nevertheless, Your Honor permitted plaintiff to amend his complaint in compliance with the federal rules and to serve a copy of the proposed amended complaint on the defendant by March 5, 2026. *Id.* Your Honor also ordered defendant to advise plaintiff whether or not it consents to the proposed amended complaint by March 13, 2026. *Id.*

On or about March 1, 2026, plaintiff provided defendant with a copy of a proposed Amended Complaint. Defendant is currently reviewing it and will provide its position on the filing on or before March 13, 2026.

However, additional time is needed to complete fact discovery. Specifically, the requested extension of time will allow defendant an opportunity to conduct plaintiff's deposition. Further, it will also permit defendant additional time to respond to plaintiff's document requests and interrogatories. Plaintiff initially served discovery requests in September and October 2025, mostly aimed at non-parties. Plaintiff then served additional discovery requests on the City on March 1, 2026. The March 1, 2026 requests consist of twenty five (25) interrogatories directed to defendant City and fifty eight (58) interrogatories and an additional fifty seven (57) requests directed to non-parties from the Richmond County District Attorney's Office. Plaintiff has consented to an enlargement of time until April 3, 2026 for defendant to respond to the interrogatories served on it. With regard to plaintiff's responses to defendants' discovery request, plaintiff has informed this office that he will be updating his original responses with additional information as it becomes available.

Therefore, for the reasons set forth herein, defendant respectfully requests an extension of time from today to July 6, 2026 to complete fact discovery. Defendant thanks the Court for its consideration of this matter.

Respectfully submitted,

/s/ *Anumeha Tanya*

Anumeha Tanya
*Senior Counsel*
Special Federal Litigation Division

cc: **VIA ECF and Email**
Clayton Howard
*Plaintiff Pro Se*