Clayton Howard

24 Orchard Street

Carteret, New Jersey 07008

(929)781-7791

itsclaytonhoward@gmail.com

April 18, 2026

Via ECF / Pro Se Filing

Honorable Lara K. Eshkenazi

United States Magistrate Judge

Eastern District of New York

225 Cadman Plaza East, Courtroom 13B South

Brooklyn, New York 11201

Re: Howard v. City of New York, et al., 24-CV-8316 (KAM)(LKE) — Plaintiff's Letter Motion for Leave to File Extended Reply in Support of Motion for Leave to Amend

Dear Judge Eshkenazi:

Plaintiff Clayton Howard, proceeding pro se, respectfully requests leave to file an extended reply memorandum in support of his Motion for Leave to File a Proposed Amended Complaint (ECF No. 54), in excess of the 3,500-word limit set by Local Civil Rule 7.1(c). Plaintiff's proposed reply memorandum is approximately 8,000 words. Plaintiff has prepared a compliant five-page letter reply for immediate filing (filed simultaneously herewith), but submits that the complexity of this matter warrants the Court's consideration of the extended memorandum as well.

There is good cause for this request. The City's opposition (ECF No. 55) raises four distinct legal arguments spanning the procedural requirements of Rule 8, three separate futility arguments attacking new claims on their merits, and a probable cause defense applied individually to three different arrests—six discrete sub-issues in all. Responding to each within 3,500 words would

require either omitting material legal authority or providing only superficial analysis of claims involving eight defendants, three separate false arrests, fifteen months of documented FRO non-enforcement, and an ongoing discovery non-compliance issue that directly affects Plaintiff's ability to develop his Monell claims. The proposed extended reply provides the Court with complete legal analysis for each discrete sub-issue and cites verifiable, binding Second Circuit authority in support of each argument.

As a pro se litigant, Plaintiff is entitled to have his filings read liberally and to have the strongest arguments his submissions suggest presented to the Court. *Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 474 (2d Cir. 2006). Requiring Plaintiff to compress six distinct legal rebuttals into 3,500 words would effectively deprive him of a meaningful opportunity to oppose the City's arguments. No prejudice to Defendant results from this request, as the City has the full resources of the Law Department and the extended brief raises no new theories—it responds directly to arguments the City itself introduced.

Additionally, the extended brief includes argument regarding Defendant's ongoing failure to comply with discovery obligations—a matter directly relevant to the Court's assessment of whether the PAC's Monell allegations are sufficiently developed, and one the City has not addressed in its opposition despite its direct bearing on the motion. The Court's consideration of this argument would benefit from the full analysis provided in the extended memorandum. Accordingly, Plaintiff respectfully requests that the Court grant leave to file the extended reply memorandum. Both documents are simultaneously submitted for the Court's review.

Respectfully submitted,

*Clayton Howard*

/s/ Clayton Howard

Clayton Howard, Pro Se

24 Orchard Street

Carteret, New Jersey 07008

(929) 781-7791

itsclaytonhoward@gmail.com

cc: Anumeha Tanya, Senior Counsel, NYC Law Department (via ECF)