UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

*** Filed ***
09:17 AM, 18 Apr, 2026
U.S.D.C., Eastern District of New York

CLAYTON HOWARD,
   *Plaintiff,*

v.

CITY OF NEW YORK, et al
   *Defendants.*

Civil Action No. 24-CV-8316 (KAM)(LKE)

CERTIFICATE OF SERVICE

I, Clayton Howard, proceeding pro se as Plaintiff in the above-captioned action, hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on April 18

, 2026, I caused true and correct copies of the following documents to be served upon counsel for Defendant City of New York:

Documents Served:

1. Plaintiff's Reply in Support of Motion for Leave to File Amended Complaint (Letter Reply, approximately 1,750 words, with Certificate of Compliance);

2. Plaintiff's Letter Motion for Leave to File Extended Reply Memorandum;  and

3. Plaintiff's Extended Reply Memorandum in Support of Motion for Leave to File Amended Complaint (filed conditionally pending leave of Court).

Method of Service:

The above-listed documents were served by the following methods, each of which constitutes adequate service under the Federal Rules of Civil Procedure and the Local Civil Rules of the Eastern District of New York:

(1)  Electronic Case Filing (ECF): By electronic filing via the Court's CM/ECF system, which automatically generates and transmits a Notice of Electronic Filing (NEF) to all counsel of record registered to receive electronic service in this action, including defense counsel identified below. Service is effectuated upon the transmission of the NEF. See Fed. R. Civ. P. 5(b)(2)(E); Local Civil Rule 5.2.

(2)  Direct Electronic Mail: By transmitting a copy of each document via electronic mail to defense counsel's email address of record, as confirmed through correspondence and prior filings in this action.

Counsel Served:

Anumeha Tanya, Esq.
Senior Counsel
Office of the Corporation Counsel
The City of New York Law Department
100 Church Street
New York, New York 10007
**Via ECF:** Electronic Notice of Filing transmitted through CM/ECF
**Via Email:** atanya@law.nyc.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: April 18, 2026
Carteret, New Jersey

*Clayton Howard*

Clayton Howard
Plaintiff Pro Se
24 Orchard Street
Carteret, New Jersey 07008
Telephone: (929) 781-7791
Email: itsclaytonhoward@gmail.com