

**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**ANUMEHA TANYA**
*Senior Counsel*
Tel: (212) 356-5052
atanya@law.nyc.gov

July 6, 2026

**BY ECF**
Honorable Lara K. Eshkenazi
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: *Clayton Howard v. City of New York, et al.,* 24-CV-8316 (KAM) (LKE)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, representing defendant City of New York ("Defendant") in the above-referenced matter. Defendant respectfully requests an extension of time from July 6, 2026 until January 7, 2027 to complete fact discovery. This is a second such request for an extension. Plaintiff consents to this request.

By way of background, on March 15, 2026, Plaintiff filed a motion to amend his complaint pursuant to the permission granted by Your Honor on February 12, 2026, and in compliance with the federal rules. *See* E.C.F. No. 54. Defendant filed its response to Plaintiff's motion to amend his complaint on April 16, 2026. See E.C.F. No. 55. On April 18, 2026, Plaintiff filed his reply to Defendant's response to his motion to amend along with a letter motion requesting leave of court to file an extended reply. *See* E.C.F. No. 56. District Judge Kiyo Matsumoto denied Plaintiff's request for leave to file an extended reply. *See* E.C.F. Order dated April 30, 2026.

In the interim, additional time is needed to complete fact discovery. Specifically, the requested extension of time will allow parties to conduct further discovery and complete outstanding depositions once it is clear that parties need to conduct additional discovery for defendants identified in the proposed amended complaint. In the interim, parties have conferred

again about the possibility of resolving this case. As Plaintiff[1] has alleged emotional distress, financial losses and reputational harm allegedly sustained due to the underlying arrests, Defendant requires additional time to review the information provided by Plaintiff and if needed, request additional information so that this office could assess his claims and request appropriate settlement authority.

Therefore, for the reasons set forth herein, Defendant respectfully requests an extension of time from July 6, 2026 to January 7, 2027 to complete fact discovery. Defendant thanks the Court for its consideration of this matter.

Respectfully submitted,

/s/ *Anumeha Tanya*

Anumeha Tanya
*Senior Counsel*
Special Federal Litigation Division

cc: **VIA ECF and Email**
Clayton Howard
*Plaintiff Pro Se*

---

[1] Plaintiff has provided a substantial amount of information for settlement purposes which needs to be carefully reviewed for specificity and relevance to this matter and therefore the undersigned requires additional time to complete the review.