*** Filed ***
03:09 PM, 31 Jul, 2026
U.S.D.C., Eastern District of New York

Clayton Howard
24 Orchard Street
Carteret, New Jersey
itsclaytonhoward@gmail.com
(929)781-7791

July 31, 2026

**[VIA ECF / ELECTRONIC DOCUMENT SUBMISSION]**

The Honorable Lara K. Eshkenazi
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:    Howard v. City of New York, et al., No. 1:24-cv-08316 (KAM) (LKE)**

**Request for Status Update on Plaintiff's Motion for Leave to File an Amended**

**Complaint (ECF No. 54)**

Dear Judge Eshkenazi:

I am the plaintiff in the above-captioned action, appearing *pro se*. I respectfully write to request a status update regarding my pending Motion for Leave to File an Amended Complaint, which was filed on March 15, 2026 and docketed as ECF No. 54 (under seal), together with a Declaration in Support, a Memorandum of Law, a Proposed Order, and Exhibits A through I. I understand the motion was referred to Your Honor for a Report and Recommendation.

The motion has been fully briefed and is now submitted for decision. Defendants filed their opposition on April 16, 2026 (ECF No. 55), and I filed my reply in support on April 18, 2026 (ECF No. 56). More than three months have passed since the motion became fully submitted — and more than four months since it was filed — and, to my knowledge, no decision or Report and Recommendation has yet been entered on the docket.

Because the proposed amended pleading is central to the claims and parties in this action, I respectfully request that the Court advise of the current status of the motion. In the alternative, I respectfully ask that the Court advise whether any further submission or information is required from me to assist in its resolution.

I thank the Court for its time and attention to this matter, and I apologize for any inconvenience this inquiry may cause.

Respectfully submitted,

*Clayton Howard*

Clayton Howard
Plaintiff, Pro Se

**cc:**    Counsel for Defendants (via ECF) [Name / Firm / NYC Law Department]