*** Filed ***
01:18 PM, 08 Aug, 2026
U.S.D.C., Eastern District of New York

Clayton Howard

24 Orchard Street

Carteret, New Jersey 07008

(929) 781-7791

itsclaytonhoward@gmail.com

August 10, 2026

**VIA ECF / PRO SE INTAKE**

Office of the Clerk of Court United States District Court Eastern District of New York 225 Cadman Plaza East Brooklyn, New York 11201

**Re:** *Howard v. City of New York, et al.*, **No. 24-cv-8316 (KAM)(LKE) — Request for Issuance of Summonses as to Newly Added Defendants**

Dear Clerk of Court:

I am the plaintiff in the above-captioned action, appearing *pro se*. Pursuant to **Federal Rule of Civil Procedure 4(b)**, and in accordance with the Court's Memorandum & Order dated August 5, 2026 (ECF No. 60), which granted me leave to name Detectives Joseph Quirk, Christopher Robley, and Matthew DePalma as defendants in their individual capacities, I respectfully request that the Clerk **issue a summons** as to each of the following three newly added defendants:

1. **Detective Joseph Quirk**, New York City Police Department (individual capacity);
2. **Detective Christopher Robley**, New York City Police Department (individual capacity); and
3. **Detective Matthew DePalma**, New York City Police Department (individual capacity).

I filed my Amended Verified Complaint naming these defendants on August *,8  2026.*. For the Clerk's convenience, I enclose **three completed AO 440 (Summons in a Civil Action) forms**, one for each defendant, with the caption and defendant information completed and the signature block left blank for the Clerk's signature and seal.

I respectfully request that the Clerk **sign, seal, and return the issued summonses** to me — by ECF, email (itsclaytonhoward@gmail.com), or at the Pro Se Office — so that I may arrange for service of the summonses and the Amended Verified Complaint upon these defendants in accordance with Federal Rule of Civil Procedure 4.

Thank you for your attention to this request.

Respectfully submitted,

*Clayton Howard*

/s/ Clayton Howard

Clayton Howard Plaintiff

*Pro Se*

Enclosures: Three (3) completed AO 440 Summons forms (Quirk, Robley, DePalma)

cc: Anumeha Tanya, Esq., New York City Law Department (via ECF)