THE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**ANUMEHA TANYA**
*Senior Counsel*
Tel.: (212) 356-3545
atanya@law.nyc.gov

August 27, 2026

**VIA ECF**
Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Clayton Howard v. City of New York, et al.,* 24-CV-8316 (KAM) (LKE)

Your Honor:

I am a Senior Counsel in the Office of the Steven Banks, Corporation Counsel of the City of New York, and the attorney for defendant City of New York ("Defendant") in the above-referenced matter. Defendant writes in accordance with Your Honor's order dated August 5, 2026. *See* E.C.F. ¶ 60.

Upon information and belief, Plaintiff has not effectuated service on the newly named individual officers and this office is not authorized to waive service of process on their behalf. Given that the newly added individually named defendants have not yet been served with process, it is premature for this office to determine whether we can represent them. It is first up to the individually named defendants to determine whether they wish to be represented by the Corporation Counsel. *See Dunton v. County of Suffolk*, 729 F.2d 903 (2d Cir. 1984). Once they have requested representation, only then will this office undertake the process of resolving representational issues with them as required under the General Municipal Law. *See Mercurio v. City of New York, et al.,* 758 F.2d 862, 864-65 (2d Cir. 1985) (*quoting Williams v. City of New York, et al*., 64 N.Y.2d 800, 486 N.Y.S.2d 918 (1985) (decision whether to represent individual defendants is made by the Corporation Counsel as set forth in state law)). However, based on the newly added allegations in the Amended Complaint, if and when service of process is properly effectuated on the individually named defendants, this office anticipates moving to dismiss and will comply with Your Honor's premotion conference requirement.

Defendant thanks the Court for its time and consideration of this matter.

Respectfully submitted,

/s/ *Anumeha Tanya*
Anumeha Tanya
*Senior Counsel*

cc: **VIA ECF**
Clayton Howard
Plaintiff *Pro Se*