**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ANUMEHA TANYA**
*Senior Counsel*
Tel: (212) 356-5052
atanya@law.nyc.gov

September 11, 2026

**BY ECF**
Honorable Lara K. Eshkenazi
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Clayton Howard v. City of New York, et al.,* 24-CV-8316 (KAM) (LKE)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, representing defendant City of New York ("Defendant") in the above-referenced matter. Defendant writes to respectfully request a two-week extension from September 14, 2026 to September 28, 2026 to respond to Plaintiff's discovery requests. Plaintiff does not consent to this request.

By way of background, pursuant to Judge Matsumoto's August 5, 2026 ruling on Plaintiff's motion to amend, see E.C.F. Order No. 60, Plaintiff filed an amended complaint ("AC") on August 8, 2026 . *See* E.C.F. No. 61. On August 28, 2026, Plaintiff filed a pre-motion conference letter requesting that the court order the Defendant to respond to Plaintiff's discovery requests and requesting a settlement conference. *See* E.C.F. No. 64. On August 31, 2026, Your Honor ordered Defendant to respond to Plaintiff's pre-motion conference letter. *See* E.C.F. Order dated August 31, 2026. Pursuant to Your Honor's order, Defendant filed its response on September 8, 2026. *See* E.C.F. No. 65. Plaintiff filed his reply to Defendant's response on September 9, 2026. *See* E.C.F. No. 66.

However, additional time is needed for the Defendant to respond to Plaintiff's revised discovery requests. Many of Plaintiff's requests seek extensive *Monell*-related discovery, requiring detailed responses and objections that take additional time to review and respond to.

Plaintiff will not be prejudiced in any way if Your Honor is inclined to grant this request. Accordingly, Defendant respectfully requests a two-week extension from September 14, 2026 to September 28, 2026 to respond to Plaintiff's discovery requests.

Defendant thanks the Court for its consideration of this matter.

Respectfully submitted,

/s/ *Anumeha Tanya*__

Anumeha Tanya
*Senior Counsel*
Special Federal Litigation Division

cc: **VIA ECF and Email**
Clayton Howard
*Plaintiff Pro Se*