# CLAYTON HOWARD

24 Orchard Street, Carteret, New Jersey 07008
(929) 781-7791 | itsclaytonhoward@gmail.com


*** Filed ***
08:58 AM, 14 Sep, 2026
U.S.D.C., Eastern District of New York

September 14, 2026
**BY ECF AND EMAIL**

Honorable Lara K. Eshkenazi
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *Clayton Howard v. City of New York, et al.*, 24-CV-8316 (KAM) (LKE)
**Plaintiff's Notice of Errata correcting his opposition to ECF No. 67**

Your Honor:

I am the plaintiff and I appear pro se. I write promptly to correct an error of my own making in my opposition to the City's request for a two-week extension, which I filed on Sunday, September 13, 2026 (ECF No. 68). I respectfully ask the Court to accept the corrected version submitted with this letter in its stead.

**1. The error**

The second paragraph of page 1 of my opposition begins:

> **"Two different requests were made today."**

That sentence is wrong. My letter is dated and was filed on Sunday, September 13, 2026. The word "today" therefore places the City's two requests on September 13, 2026. It should not. Both were made two days earlier, on Friday, September 11, 2026:

1. At 11:11 a.m. on Friday, September 11, 2026, counsel emailed me directly and asked me to consent to "an extension till September 22nd." I declined.
2. The City then filed its letter-motion with the Court seeking two weeks, to September 28, 2026. That filing is ECF No. 67. It is dated September 11, 2026 on its face and the docket reflects that it was filed on September 11, 2026.

The remainder of the same paragraph is accurate as filed and is unchanged. It correctly states that I filed the opposition on Sunday, September 13, 2026 at 11:05 p.m., and it correctly refers to "Friday, September 11, 2026" as the date I asked counsel for a copy of the filing.

**2. The correction**

In the corrected version submitted with this letter, that sentence reads:

> **"Two different requests were made on Friday, September 11, 2026."**

That is the only change. Nothing else in the letter has been altered. The date of the letter remains September 13, 2026, the date it was signed and filed. No argument, factual assertion, quotation, date, or request for relief has been added, removed, or modified. The corrected document is four pages, as filed.

The correction is one of internal date reference only. It does not enlarge my opposition or raise anything new, and the underlying facts it now states plainly are already established by the City's own filing at ECF No. 67 and by the docket. No party is prejudiced by it.

**3. Relief requested**

1. That the Court accept the corrected opposition submitted herewith in place of the version filed on September 13, 2026;
2. That the opposition be deemed filed as of September 13, 2026, the date of the original filing; and
3. That the Court disregard the sentence identified above as it appears in the original filing.

I regret the error and the need to trouble the Court with it. I identified it on my own review and have brought it to the Court's attention at the first opportunity rather than leave an inaccurate statement of date on the record. The relief sought in my opposition is unchanged, and I respectfully renew it.

I thank the Court for its consideration.

Respectfully submitted,

/s/ Clayton Howard
Clayton Howard
Plaintiff, pro se
(929) 781-7791
itsclaytonhoward@gmail.com

**Enclosure:** Corrected Plaintiff's opposition to Defendant's request for a two-week extension (ECF No. 67), dated September 13, 2026 (4 pages)

cc: Anumeha Tanya, Esq., Senior Counsel, New York City Law Department (by email, atanya@law.nyc.gov))