**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ANUMEHA TANYA**
*Senior Counsel*
Tel: (212) 356-5052
atanya@law.nyc.gov

September 22, 2026

**BY ECF**
Honorable Lara K. Eshkenazi
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Clayton Howard v. City of New York, et al.,* 24-CV-8316 (KAM) (LKE)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, representing defendant City of New York ("Defendant") in the above-referenced matter. Defendant writes in response to Your Honor's ordered dated September 16, 2026.

By way of background, on September 14, 2026, Plaintiff filed a letter motion regarding the alleged issues his process server encountered when attempting to serve Detective Mathew DePalma with the summons and the amended complaint. *See generally* E.C.F. No. 70. Plaintiff claims that his process server was "asked to submit identification for purposes of a warrant check" and that Detective DePalma was in fact present at the service location when Plaintiff attempted to serve him. *Id.* On September 16, 2026, Your Honor ordered the Defendant to investigate and respond to Plaintiff's allegations by September 22, 2026. *See* E.C.F. Order dated September 16, 2026.

In accordance with the Court's instruction, the NYPD has investigated Plaintiff's allegations. First, the undersigned is informed by a representative of the NYPD's Legal Bureau that, contrary to Plaintiff's allegations, Detective DePalma was not on duty on August 19, 2026. Further, between 1400 and 1900 hours (2:00-7:00 pm) on August 19, 2026, the desk officer at the 120th precinct did not interact with any process server who was attempting to serve Detective DePalma. With respect to Plaintiff's allegation that his process server was asked for "identification to run a warrant check," this allegation is wholly unfounded. We are further advised that, at no time, was any statement made to this effect.

With respect to Plaintiff's request to serve Detective DePalma via an alternative means of service, we are further informed that Detective DePalma can be served with the summons and

the amended complaint at the NYPD Headquarters at One Police Plaza, New York, NY 10038, Room No. 110-a.

Defendant thanks the Court for its consideration of this matter.

Respectfully submitted,

/s/ *Anumeha Tanya*__

Anumeha Tanya
*Senior Counsel*
Special Federal Litigation Division

cc: **VIA ECF**
Clayton Howard
*Plaintiff Pro Se*