*** Filed ***
02:26 PM, 29 Sep, 2026
U.S.D.C., Eastern District of New York

Clayton Howard
24 Orchard Street
Carteret, New Jersey 07008
(929) 781-7791
itsclaytonhoward@gmail.com

September 29, 2026

**VIA ECF**
Hon. Lara K. Eshkenazi
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: *Howard v. City of New York, et al.*, No. 1:24-cv-08316 (KAM)(LKE) — City's Consent to Plaintiff's Request to Extend Fact Discovery (ECF No. 78)**

Dear Judge Eshkenazi:

I am the plaintiff, proceeding pro se. I write about my letter dated September 23, 2026 (ECF No. 78), which asks the Court to extend fact discovery from October 15, 2026 to November 30, 2026 for the limited purpose of third-party document discovery under Fed. R. Civ. P. 45. Defendant City of New York consents.

**Meet and Confer**

On September 24, 2026, the Court denied my earlier request (ECF No. 74) without prejudice because it did not show that I had conferred with the City or state the City's position, as Your Honor's Individual Rule III.B(1) requires. On September 24, 2026, I wrote to the City's counsel, Anumeha Tanya, Esq., asking to meet and confer on this request. On September 29, 2026, Ms. Tanya replied: "Defendant consents to your request for a November 30, 2026 extension of fact discovery." The exchange is attached as Exhibit A.

**The Request**

1. Current deadline: fact discovery closes October 15, 2026 (Order dated July 7, 2026).
2. Prior requests: this is my first request to extend fact discovery. I first made it in ECF No. 74, filed September 22, 2026, which the Court denied without prejudice on September 24, 2026; ECF No. 78 renews it. The City has made two prior requests: ECF No. 52, filed March 4, 2026 and granted March 10, 2026 (extending fact discovery to

July 6, 2026); and ECF No. 57, filed July 6, 2026 and granted in part July 7, 2026 (extending fact discovery to October 15, 2026).

3. The City consents.
4. Proposed schedule: fact discovery closes November 30, 2026, limited to Rule 45 document subpoenas to Tyrone A. Blackburn, Esq.; John J. Rapawy, Esq.; the Richmond County District Attorney's Office; and Safe Horizon. All other deadlines remain unchanged.

**Issuance of the Subpoenas**

The proposed subpoenas, Schedules A and A-1, and the Amended Notice of Subpoenas are attached to ECF No. 78. The subpoenas have not yet been issued. I respectfully ask that the Court direct the Clerk to issue them. Once they are issued, I will reset each return date to give the recipient a reasonable time to comply, with every return date on or before November 30, 2026, and I will serve notice on the City under Rule 45(a)(4) before serving any recipient.

Separately, the parties are conferring about the City's responses to my first and second sets of discovery requests. On September 29, 2026, I asked the City whether it will agree to extend the November 30, 2026 date to all fact discovery, including the City's production on my Second Request for Production, served September 21, 2026, whose response date falls after the current October 15 close. I will report the City's position to the Court by October 5, 2026, together with any request for relief. I am not asking the Court to act on those issues in this letter.

I respectfully request that the Court grant the consented extension and direct the Clerk to issue the four subpoenas. Thank you for Your Honor's consideration.

Respectfully submitted,

Clayton Howard

/s/ Clayton Howard
Clayton Howard, Plaintiff pro se

Enclosure: Exhibit A (email exchange with Anumeha Tanya, Esq., September 24–29, 2026)
cc: Anumeha Tanya, Esq., New York City Law Department (via ECF)