*** Filed ***
10:55 PM, 13 Oct, 2026
U.S.D.C., Eastern District of New York

**Clayton Howard**
Plaintiff, pro se
24 Orchard Street
Carteret, New Jersey 07008
(929) 781-7791 ·
itsclaytonhoward@gmail.com

October 13, 2026

**BY PRO SE DOCUMENT SUBMISSION**

Hon. Lara K. Eshkenazi
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** ***Howard v. City of New York, et al.*****, No. 1:24-cv-08316 (KAM)(LKE)**
**Letter-Motion on Consent to Extend Fact Discovery**

Dear Judge Eshkenazi:

I am the Plaintiff, pro se. I write, with Defendants' consent, to ask the Court to extend the close of fact discovery from October 15, 2026 to March 1, 2027, and the joint status report deadline from October 15, 2026 to March 15, 2027. Counsel for the City, Anumeha Tanya, Esq., gave Defendants' consent to this request by email today, October 13, 2026.

Current schedule. Under the Court's July 7, 2026 Order, fact discovery closes on October 15, 2026, and a joint status report is due the same day. Compliance with the Rule 45 subpoenas is currently due by November 30, 2026 (ECF No. 78). This is my first request to extend the fact discovery deadline set in the July 7, 2026 Order.

Proposed schedule. The parties have agreed to the following:

1. All fact discovery will close on March 1, 2027.
2. The joint status report will be due on March 15, 2027.
3. Responses to the Rule 45 subpoenas served on the appropriate recipients, and the City's responses to Plaintiff's Consolidated Master List of Outstanding Discovery Requests dated October 9, 2026, will be due by November 30, 2026.
4. Nothing in this agreement limits either party's ability to seek a further extension.

Good cause. Fed. R. Civ. P. 16(b)(4). On October 8, 2026, the Court directed the Clerk to issue four third-party subpoenas at my request. These include subpoenas for records held by the Richmond County and Kings County District Attorney's Offices. Those records may identify additional defendants. If a recipient objects, moves to quash, or produces an incomplete file, the extended schedule allows the parties to address it without returning to the Court for more time.

Proofs of service on the individual Defendants Joseph Quirk, Matthew DePalma and Christopher Robley were docketed today (ECF No. 80), and the City's responses to my October 9, 2026 Consolidated Master List remain outstanding. The extension lets this discovery be completed on an orderly schedule.

This request does not affect any other deadline set by the Court. A proposed order is set out below for the Court's convenience.

Thank you for your consideration.

Respectfully submitted,

Clayton Howard
/s/ Clayton Howard
Clayton Howard
Plaintiff, pro se

cc: Anumeha Tanya, Esq., New York City Law Department, Counsel for Defendants (by email, atanya@law.nyc.gov)

**SO ORDERED:**

Fact discovery is extended to March 1, 2027. The joint status report is due March 15, 2027. Responses to the Rule 45 subpoenas and the City's responses to Plaintiff's October 9, 2026 Consolidated Master List are due November 30, 2026.

______________________________
Hon. Lara K. Eshkenazi, U.S.M.J.
Dated: ______________, 2026