*** Filed ***
02:15 PM, 27 Oct, 2026
U.S.D.C., Eastern District of New York

**CLAYTON HOWARD**
Plaintiff, *pro se*
24 Orchard Street
Carteret, New Jersey 07008
(929) 781-7791
itsclaytonhoward@gmail.com

October 27, 2026

**VIA ECF**

Hon. Lara K. Eshkenazi
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: *Howard v. City of New York, et al.*, No. 1:24-cv-08316 (KAM)(LKE) — City's Position on Plaintiff's October 19, 2026 Subpoena Request (ECF No. 83); Request to Extend Rule 45 Response Deadline to December 15, 2026**

Dear Judge Eshkenazi:

I am the plaintiff, proceeding *pro se*. I write to (1) inform the Court of the City's position on my October 19, 2026 letter asking the Court to issue two amended subpoenas and one new subpoena (ECF No. 83), and (2) respectfully request that the deadline for responses to my Rule 45 subpoenas be extended from November 30, 2026 to December 15, 2026.

**1. The City Takes No Position on the Subpoenas**

On October 19, 2026, I gave the City notice under Fed. R. Civ. P. 45(a)(4) of the three document-only subpoenas enclosed with ECF No. 83: (a) an Amended Subpoena and Amended Schedule A to Safe Horizon, Inc.; (b) a Supplemental Subpoena and Schedule A-2 (Requests A-11 through A-15) to the Office of the District Attorney, Richmond County; and (c) a Subpoena and Schedule A to The Arab-American Family Support Center, Inc. Each seeks to identify the program or agency at the Staten Island Family Justice Center, or any other agency, that assisted Francyna Evins with her May 19, 2022 Family Court petition and initial application for a temporary order of protection, and the advocate she identified under oath as "Noor."

On October 23, 2026, counsel for the City, Anumeha Tanya, Esq., responded by email that the "City takes no position as to the subpoenas." A copy of that email is attached as **Exhibit A**. No party opposes the request in ECF No. 83. The City has not yet stated its position on the proposed protective order enclosed with ECF No. 83. I asked on October 23, 2026 and will promptly advise the Court of its response.

**2. Request to Extend the Rule 45 Response Deadline to December 15, 2026**

By Order dated October 16, 2026, the Court directed that responses to Plaintiff's Rule 45 subpoenas be served by November 30, 2026, and extended the close of fact discovery to March 1, 2027. I respectfully request a fifteen-day extension of the Rule 45 response deadline, to December 15, 2026, for three reasons.

First, the subpoenas in ECF No. 83 cannot be served until the Court acts on that request, which remains pending. Their stated return date of November 3, 2026 will have to be reset once they issue.

Second, the recipients hold confidential records of a domestic-violence service provider, a community-based organization at the Family Justice Center, and a District Attorney's Office. They may need time to review the requests, to raise any objections under Rule 45(d)(2)(B), and to await entry of a protective order before producing. A subpoena served in mid-November leaves little time before November 30.

Third, the extension is short, ends well before the March 1, 2027 close of fact discovery, and changes no other deadline.

As required, I state that the current deadline is November 30, 2026; that this is my Second request to extend the Rule 45 response deadline set by the October 16, 2026 Order; and that the City takes no position.

**Conclusion**

I respectfully request that the Court (1) issue the subpoenas enclosed with ECF No. 83, and (2) extend to December 15, 2026 the deadline for responses to Plaintiff's Rule 45 subpoenas, with all other deadlines unchanged.

Thank you for the Court's consideration.

Respectfully submitted,

Clayton Howard

Clayton Howard
Plaintiff, *pro se*
(929) 781-7791
itsclaytonhoward@gmail.com

Enclosure: Exhibit A — Email from Anumeha Tanya, Esq., dated October 23, 2026

cc: Anumeha Tanya, Esq., New York City Law Department (via ECF and email)