*** Filed ***
10:55 AM, 07 Nov, 2026
U.S.D.C., Eastern District of New York

# EXHIBIT A-1

Continuation of email correspondence with Lt. James Argenziano, NYPD Detective Borough Staten Island

November 4–5, 2026

*Messages in the "Complaint against NYPD" thread sent after November 4, 2026, 10:32 a.m., oldest first. Transcribed from Gmail. Quoted earlier messages, mobile-device taglines and NYPD confidentiality footers are omitted. Email addresses and telephone numbers are redacted. Wording is otherwise unchanged.*

| | |
|---|---|
| **From:** | Clayton Howard [email redacted] |
| **To:** | ARGENZIANO, JAMES [email redacted] |
| **Sent:** | Wednesday, November 4, 2026, 3:10 PM |
| **Subject:** | Re: Complaint against NYPD |

Lt Argenziano

Thank you for your reply this morning. I want my records to match exactly what you wrote, so I ask respectfully that you answer each question below with yes or no, or with the date or number asked for. A one-line answer under each number is fine. I am the opposing party against the City of New York, I am also the Plaintiff/Complantant. I ask for your answers for my own litigation and documentation purposes. Please respond to the following

1. Is Case 2023-OG-8731 assigned to you at Detective Borough Staten Island, and not to an IAB investigator?

2. Was 2023-OG-8731 originally received on 6/9/2023 under IAB Log No. 2023-18090?

3. Was IAB Log No. 2026-32777 one of the logs consolidated into 2023-OG-8731? If yes, on what date?

4. Apart from 2023-OG-8731, is IAB itself conducting any investigation of Det. Joseph Quirk, Det. Matthew DePalma or Det. Christopher Robley based on my complaints? Yes or no.

5. Was the 8/29/2026 reopening generated automatically by the system when new information was logged, and not by a decision to take new investigative steps? Yes or no.

6. Since 8/29/2026, has any investigative work been done on 2023-OG-8731, such as interviews, record requests or findings? Yes or no.

7. Is 2023-OG-8731 on hold until Howard v. City of New York, No. 24-cv-8316 (E.D.N.Y.), is resolved? Yes or no. If the case has a status in your system (open, suspended, closed, pending litigation), please state it.

8. Is there an expected completion date for 2023-OG-8731? If none is set, please say so.

If any question is outside what you can answer, please just say so and state which number you are not answering, and tell me who can.

Respectfully

Clayton Howard
Complainant
[phone redacted]

**From:** ARGENZIANO, JAMES [email redacted]
**To:** Clayton Howard [email redacted]
**Sent:** Thursday, November 5, 2026, 11:21 AM
**Subject:** Re: Complaint against NYPD

Give me a day or so to get all the information for you also, I'm not privy to some of the questions you asked

**From:** Clayton Howard [email redacted]
**To:** ARGENZIANO, JAMES [email redacted]
**Sent:** Thursday, November 5, 2026, 11:23 AM
**Subject:** Re: Complaint against NYPD

Lt Argenziano

I understand. I ask you answer that you can and simply indicate what you cannot by number in your response. I thank you for your response and await your reply

Mr Howard

*[No further reply received as of the date of Plaintiff's declaration.]*