*** Filed ***
09:02 AM, 13 Nov, 2026
U.S.D.C., Eastern District of New York

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

CLAYTON HOWARD,

Plaintiff,

-against-

CITY OF NEW YORK, JOSEPH QUIRK, CHRISTOPHER ROBLEY, MATTHEW DePALMA, and JOHN AND JANE DOES 1-10,

Defendants.

No. 1:24-cv-08316 (KAM)(LKE)

# EXHIBIT C

**Email correspondence with Lt. James Argenziano, NYPD Detective Borough Staten Island**

November 3--4, 2026

Includes his November 4, 2026, 10:32 a.m. reply (boxed)

*Submitted with Plaintiffs Letter Motion to Lift the October 26, 2026 Stay as to the Individual Defendants*

*Messages in the "Complaint against NYPD" thread, oldest first. Transcribed from Gmail. Quoted earlier messages, mobile-device taglines and NYPD confidentiality footers are omitted. Email addresses and telephone numbers are redacted. Wording is otherwise unchanged.*

| | |
|---|---|
| **From:** | ARGENZIANO, JAMES [email redacted] |
| **To:** | Clayton Howard [email redacted] |
| **Sent:** | Tuesday, November 3, 2026, 12:15 PM |
| **Subject:** | Complaint against NYPD |

Good afternoon, I have been signed it investigate a complaint you made against the NYPD please contact me at [phone redacted]

Thank you

Lieutenant James Argenziano
New York City Police Department
Detective Borough Staten Island

| | |
|---|---|
| **From:** | Clayton Howard [email redacted] |
| **To:** | ARGENZIANO, JAMES [email redacted] |
| **Sent:** | Tuesday, November 3, 2026, 12:19 PM |
| **Subject:** | Re: Complaint against NYPD |

Good afternoon

Hows 1pm and which complaint is this is reference too? Which officer?

Mr. Howard

| | |
|---|---|
| **From:** | ARGENZIANO, JAMES [email redacted] |
| **To:** | Clayton Howard [email redacted] |
| **Sent:** | Tuesday, November 3, 2026, 12:23 PM |
| **Subject:** | Re: Complaint against NYPD |

Looks like a spin off from a 2023 incident. Bellomo, Quirk, Depalma

Lieutenant James Argenziano
New York City Police Department
Detective Borough Staten Island

| | |
|---|---|
| **From:** | Clayton Howard [email redacted] |
| **To:** | ARGENZIANO, JAMES [email redacted] |
| **Sent:** | Tuesday, November 3, 2026, 12:26 PM |
| **Subject:** | Re: Complaint against NYPD |

No spinoff just have all the evidence now to support what was done. I will speak to you about 130 p.m. if ok didnt calulate time it takes memto grt back when i gave 1 p.m. apologies

Mr Howard

| | |
|---|---|
| **From:** | ARGENZIANO, JAMES [email redacted] |
| **To:** | Clayton Howard [email redacted] |
| **Sent:** | Tuesday, November 3, 2026, 12:27 PM |
| **Subject:** | Re: Complaint against NYPD |

I have a meeting at 2. Is tomorrow morning good? 9-10?

Lieutenant James Argenziano
New York City Police Department
Detective Borough Staten Island

| | |
|---|---|
| **From:** | Clayton Howard [email redacted] |
| **To:** | ARGENZIANO, JAMES [email redacted] |
| **Sent:** | Tuesday, November 3, 2026, 12:33 PM |
| **Subject:** | Re: Complaint against NYPD |

Lt Argenziano

If tomorrow is better for you yes I can accomodate the suggested time 9-10 no problem

Mr Howard

| | |
|---|---|
| **From:** | ARGENZIANO, JAMES [email redacted] |
| **To:** | Clayton Howard [email redacted] |
| **Sent:** | Tuesday, November 3, 2026, 1:12 PM |
| **Subject:** | Re: Complaint against NYPD |

Sounds good, speak then

Stay safe

Lieutenant James Argenziano
New York City Police Department
Detective Borough Staten Island

| | |
|---|---|
| **From:** | Clayton Howard [email redacted] |
| **To:** | ARGENZIANO, JAMES [email redacted] |
| **Sent:** | Tuesday, November 3, 2026, 2:01 PM |
| **Subject:** | Re: Complaint against NYPD |

Lt Argenziano

Thank you for your contact, and I wish you safety also. For documentation purposes, I would like to send you directly all materials supporting only the allegations I have made against Detective Quirk Only. They are:
1. 12/5/2022 DIR Francyna Evins 120 Pct
2. 12/7/2022 I-card issued for my detention
3, 1/27/2023 contact Sgt Jason Ribiero (I spoke to Quirk this same day and he stated "He only wanted to arrest me")
4. May 17, 2023 Sworn Criminal Complaint of Joseph Quirk (I was arrested within Richmond Family Court before 11:00 a.,m. on May 16, 2023 one day before the complaint)
5. October 30, 2023: Case ends with instant dealing and dismissal. Order vacated instanlty also

For context I provide
6. The Amended TPO of Francyna Evins 10/6/2022
7. The dismissal of the TPO dated 12/1/2022
8, The oral record of the decision of the dismissal dated 12/1/2022
9. The active FRO issued against Francyna Evins on 12/1/2022 (FV-07-3579-22), which Det Quirk ignored, along with its N Y counterpart

Respectfully

Mr Howard
Complaintant

| | |
|---|---|
| **From:** | Clayton Howard [email redacted] |
| **To:** | ARGENZIANO, JAMES [email redacted] |
| **Sent:** | Wednesday, November 4, 2026, 9:20 AM |
| **Subject:** | Re: Complaint against NYPD |

Lt Argenziano

Good Morning. Is 9:30 a.m acceptable for our call?

Mr Howard
Complantant

| | |
|---|---|
| **From:** | ARGENZIANO, JAMES [email redacted] |
| **To:** | Clayton Howard [email redacted] |
| **Sent:** | Wednesday, November 4, 2026, 9:28 AM |
| **Subject:** | Re: Complaint against NYPD |

Yes

Lieutenant James Argenziano
New York City Police Department
Detective Borough Staten Island

| | |
|---|---|
| **From:** | Clayton Howard [email redacted] |
| **To:** | ARGENZIANO, JAMES [email redacted] |
| **Sent:** | Wednesday, November 4, 2026, 9:52 AM |
| **Subject:** | Re: Complaint against NYPD |

Lt Agrenziano

My I caH now apologies

Mr Howard

| | |
|---|---|
| **From:** | Clayton Howard [email redacted] |
| **To:** | ARGENZIANO, JAMES [email redacted] |
| **Sent:** | Wednesday, November 4, 2026, 9:53 AM |
| **Subject:** | Re: Complaint against NYPD |

Lt Agrenziano

I called and got voicemail 2x

Mr Howard

| | |
|---|---|
| **From:** | ARGENZIANO, JAMES [email redacted] |
| **To:** | Clayton Howard [email redacted] |
| **Sent:** | Wednesday, November 4, 2026, 9:54 AM |
| **Subject:** | Re: Complaint against NYPD |

Stuck on a call
Call you as soon as im off

Best number [phone redacted] ?

Lieutenant James Argenziano
New York City Police Department
Detective Borough Staten Island

| | |
|---|---|
| **From:** | Clayton Howard [email redacted] |
| **To:** | ARGENZIANO, JAMES [email redacted] |
| **Sent:** | Wednesday, November 4, 2026, 9:57 AM |
| **Subject:** | Re: Complaint against NYPD |

Lr Agrenziano

Yes sir and Ill be available

Mr Howard

| | |
|---|---|
| **From:** | Clayton Howard [email redacted] |
| **To:** | ARGENZIANO, JAMES [email redacted] |
| **Sent:** | Wednesday, November 4, 2026, 10:19 AM |
| **Subject:** | Re: Re: Complaint against NYPD |

Lt Argenziano

Thank you for your time on the phone this morning and for the information you relayed to me.

For my records I want to make sure I have it right. My understanding of what you told me is that IAB is not investigating Detective Joseph Quirk or Detective DePalma, and that the matter is instead being handled by the New York City Law Department and the City of New York.

I ask respectfully that you confirm with a simple yes or no that this is what we discussed.

Respectfully

Mr Howard
Complainant
[phone redacted]

| | |
|---|---|
| **From:** | Clayton Howard [email redacted] |
| **To:** | ARGENZIANO, JAMES [email redacted] |
| **Sent:** | Wednesday, November 4, 2026, 10:23 AM |
| **Subject:** | Re: Re: Re: Complaint against NYPD |

Lt Argenziano

One more request for my records. Your email of November 3 states you were assigned to investigate a complaint I made against the NYPD.

I ask respectfully that you confirm in writing:

1. Whether my complaint under IAB Log No. 2026-32777 was referred to you or your unit by IAB.
2. If so, the date it was referred to you.

Thank you again for your time.

Respectfully

Mr Howard
Complainant
[phone redacted]

| | |
|---|---|
| **From:** | ARGENZIANO, JAMES [email redacted] |
| **To:** | Clayton Howard [email redacted] |
| **Sent:** | Wednesday, November 4, 2026, 10:32 AM |
| **Subject:** | Re: Re: Complaint against NYPD |

Correct. Your additional information logs were documented on 8/24/26, 9/11/26, 9/12/2026, 9/20/26 and 10/29/2026 and consolidated into Case 2023-OG-8731 which was originally received on 6/9/2023. A system generated reopening occurred on 8/29/2026. Any further determinations will be handled regarding Clayton Howard v City of New York

Stay safe.

Lieutenant James Argenziano
New York City Police Department
Detective Borough Staten Island

[Reply sent in response to Plaintiff's email of November 4, 2026, 10:19 AM, which appears in full above.]

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CLAYTON HOWARD,<br><br>Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, JOSEPH QUIRK, CHRISTOPHER ROBLEY, MATTHEW DePALMA, and JOHN AND JANE DOES 1-10,<br><br>Defendants. | No. 1:24-cv-08316 (KAM)(LKE) |

# EXHIBIT C-2

**Email correspondence with Lt. James Argenziano, NYPD Detective Borough Staten Island (continued)**

November 10, 2026

Includes his November 10, 2026, 3:31 p.m. written answers (boxed; his answers in bold)
and Plaintiff's November 10, 2026, 5:12 p.m. response

*Submitted with Plaintiff's Letter-Motion for a Pre-Motion Conference on Leave to File the Second Amended and Supplemental Verified Complaint*

*Messages in the "Complaint against NYPD" thread dated November 10, 2026, oldest first. Transcribed from Gmail. Quoted earlier messages, mobile-device taglines and NYPD confidentiality footers are omitted. Email addresses and telephone numbers are redacted. Wording is otherwise unchanged, including spelling.*

*Lt. Argenziano replied by typing his answers beneath each numbered question in Plaintiff's email of Monday, November 9, 2026, 11:18 AM. His reply is reproduced below as he sent it. Plaintiff's questions appear in regular type; Lt. Argenziano's answers appear in* ***bold****.*

| | |
|---|---|
| **From:** | ARGENZIANO, JAMES [email redacted] |
| **To:** | Clayton Howard [email redacted] |
| **Sent:** | Tuesday, November 10, 2026, 3:31 PM |
| **Subject:** | Re: Complaint against NYPD |

Lt Argenziano

On November 5 you asked for a day or so to gather the information on the questions I sent November 4. I have not yet received your answers, so I am following up.

I ask respectfully that you answer by number the questions you can. For any you cannot answer, please state the number and who can. Restated briefly:

1. Is Case 2023-OG-8731 assigned to you at Detective Borough Staten Island, and not to an IAB investigator?

**Yes, OG case is assigned to me. I dont know how IAB assigns cases and if they keep their own portion of it**

2. Was 2023-OG-8731 originally received on 6/9/2023 under IAB Log No. 2023-18090?

**Yes**

3. Was IAB Log No. 2026-32777 consolidated into 2023-OG-8731? If yes, on what date?

**The proper term used by the department is "merged" Yes**

4. Apart from 2023-OG-8731, is IAB itself investigating Det. Joseph Quirk, Det. Matthew DePalma or Det. Christopher Robley based on my complaints? Yes or no.

**Im not privy to that informiton**

5. Was the 8/29/2026 reopening generated automatically by the system, and not by a decision to take new investigative steps? Yes or no.

**Also not privy to how IAB operates after receiving a complaint**

6. Since 8/29/2026, has any investigative work been done on 2023-OG-8731, such as interviews, record requests or findings? Yes or no.

**A reviewed of the detectives cases, including copys of DIR's, affidavits, and other reports/forms documented in the case. Documents that you sent. Regarding findings, Detective Belomo and Det Quirk were found exonerated in 2023. I reviewed the complaint, DIR and other forms for Det. Depalam and his findings were information and intelligence since I found he has sufficient probale cause with a case that is past Satatue of Limitions.**

7. Is 2023-OG-8731 on hold until Howard v. City of New York, No. 24-cv-8316 (E.D.N.Y.), is resolved? What is its current status in your system?

**OG-8731 is not on hold, any determination made by Howard v City of New York is separate. Please be aware, these incidents are beyond the 18 month Satute of Limitation and my ability to discipline the officers if I were to find them of any wrongdoing. As of now the information received in for documentation and possibile training purposes.**

8. Is there an expected completion date? If none is set, please say so.

**My estimate is by the end of November so I can document all of my investigation.**

I ask for your reply by Thursday, November 12, 2026. A one-line answer under each number is fine.

Thank you for your time.

Respectfully
Clayton Howard
Complainant
[phone redacted]

*[Reply sent in response to Plaintiff's email of Monday, November 9, 2026, 11:18 AM. No other text was added above the quoted email.]*

| | |
|---|---|
| **From:** | Clayton Howard [email redacted] |
| **To:** | ARGENZIANO, JAMES [email redacted] |
| **Sent:** | Tuesday, November 10, 2026, 5:12 PM |
| **Subject:** | Re: Complaint against NYPD |
| **Attachments:** | Supplement 2023 OG 8731 Quirk Nov10 2026.pdf; Supplement 2023 OG 8731 DePalma Nov10 2026.pdf (enclosures not reproduced) |

Lt Argenziano

Thank you for your answers today. I appreciate you taking the time to respond to each question by number.

Since you are completing your investigation by the end of November, I attach two supplements to Case 2023-OG-8731, each with its enclosures:

1. Supplement concerning Det. Joseph Quirk and my May 16, 2023 arrest. It covers the 123rd Precinct DIRs used in Det. Quirk's May 17, 2023 sworn complaint, the December 5, 2022 report and December 7, 2022 I-card, my January 27, 2023 contact with Jason Ribeiro of the Warrant Section, and the New Jersey dismissal, transcript and FRO against Ms. Evins.

2. Supplement concerning P.O. Matthew DePalma and my November 17, 2023 arrest. It covers the Warrant Section follow-ups on I-card I2023060267, including the November 16, 2023 entry that ADA Giovinazzo said to hold off pending further investigation and video, and the arrest record for S23609316.

I ask respectfully that you:

1. Add both supplements and their enclosures to the file in Case 2023-OG-8731 before you complete your investigation; and

2. Confirm in writing, by reply to this email, by Friday, November 13, 2026, that they will be added.

Each supplement includes numbered questions. A one-line answer under each number is fine, as you did today, by November 25, 2026 or with your findings if you finish sooner.

Thank you again for your time.

Respectfully
Clayton Howard
Complainant