*** Filed ***
09:02 AM, 13 Nov, 2026
U.S.D.C., Eastern District of New York

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CLAYTON HOWARD,

*Plaintiff,*

– against –

CITY OF NEW YORK,
JOSEPH QUIRK,
CHRISTOPHER ROBLEY,
MATTHEW DePALMA, and
JOHN AND JANE DOES 1–10,

*Defendants.*

No. 1:24-cv-08316 (KAM)(LKE)

# EXHIBIT E

## Plaintiff's Written Notices to the City of New York of the Claims in the Proposed Second Amended and Supplemental Verified Complaint

*Prepared by Plaintiff and incorporated by reference in the Declaration of Clayton Howard executed November 13, 2026 (Letter-Motion Ex. D)*

Each numbered entry is a written communication from Plaintiff to the City's counsel of record in this action, kept in Plaintiff's Gmail account; native copies will be produced on request. Shaded rows are events, not notices, included for context. The "Decl. ¶" column gives the paragraph of the November 13, 2026 Declaration describing each entry. Times are Eastern.

| No. | Date and time (ET) | Plaintiff's written notice to the City's counsel | City's response | Decl. ¶ |
|---|---|---|---|---|
| 1 | Oct. 19, 2025 | Wrote that he expected to be arrested on Ms. Smith's reports. | Feb. 6, 2026: the parties should "wait for the Court's ruling" (in response to entries 1–4). | 16 |
| 2 | Dec. 21, 2025 | Identified Detective Daniel Baca by name. | See entry 1. | 16 |
| 3 | Jan. 17, 2026 | Demanded an investigation. | See entry 1. | 16 |
| 4 | Feb. 2–3, 2026 | Again wrote that he expected to be arrested on Ms. Smith's reports. | See entry 1. | 16 |
| — | *June 8, 2026* | *[Plaintiff arrested; vehicle seized June 8–11, 2026.]* | — | — |
| 5 | June 10, 2026 | Stated he would move to amend to add the claims arising from the June 8 arrest. | — | 17 |
| 6 | June 17, 2026 | Again stated he would move to amend to add those claims. | — | 17 |

| No. | Date and time (ET) | Plaintiff's written notice to the City's counsel | City's response | Decl. ¶ |
|---|---|---|---|---|
| 7 | Sept. 18, 2026 | Notice of the Sept. 18, 2026 dismissal of the Bronx case (CR-016768-26BX) and of the officers involved in the June 8–11 events. | — | 18 |
| 8 | Sept. 21, 2026 | Further notice of the dismissal and the officers involved. | — | 18 |
| 9 | Sept. 28, 2026, 9:46 p.m. | Notice of this motion to amend; City's position requested by Oct. 2; call offered Sept. 30 or Oct. 1. | None to this request; Oct. 2 email addressed only discovery. | 19 |
| 10 | Oct. 1, 2026, 9:08 p.m. | Final proposed pleading and redline; position requested by Oct. 6; call offered Oct. 2 or 5. | Oct. 6, 7:40 p.m.: does not consent; will not accept service for or identify new defendants. | 20 |
| 11 | Oct. 9, 2026, 1:41 p.m. | Updated proposed pleading adding the officers involved in the June 8–11 events; position requested by Oct. 19. | Oct. 19, 10:03 p.m.: "does not consent"; no grounds stated. | 21 |
| — | *Oct. 21, 2026* | *[City requests a stay of the action (ECF No. 84).]* | — | *22* |
| 12 | Oct. 23, 2026 | Counsel having asked to confer, Plaintiff offered Oct. 23 p.m. or Oct. 26–28, 1:00–5:00 p.m. | No time chosen; request called "premature"; asked Plaintiff to "remind [her] why [she] ask[ed] for a meet and confer." | 23 |
| 13 | Oct. 31, 2026, 2:43 p.m. | Current proposed pleading (Letter-Motion Ex. A) and redline against ECF No. 61, adding the Oct. 28–29, 2026 events and P.O. David Guzman; position requested by Nov. 9, 12:00 p.m. | Nov. 9, 5:26 p.m. (after that time): asked Plaintiff to "extend this time till Thursday, 11/12/26." No position stated. | 24–25 |
| 14 | Nov. 4, 2026, 11:31 a.m. | Meet and confer on the ECF No. 84 stay and IAB status; four written questions; call offered Nov. 5 or 6; position requested by Nov. 6, 5:00 p.m. | None. | 27–28 |
| 15 | Nov. 9, 2026, 6:13 p.m. | Agreed not to file before Nov. 12, 2026, at counsel's request. | None as of 11:59 p.m., Nov. 12, 2026; Plaintiff files Nov. 13, 2026. | 25–26 |