*** Filed ***
10:35 AM, 13 Nov, 2026
U.S.D.C., Eastern District of New York

**CLAYTON HOWARD**
24 Orchard Street, Carteret, New Jersey 07008 | (929) 781-7791
itsclaytonhoward@gmail.com

November 13, 2026

**By Pro Se Document Submission**

Hon. Lara K. Eshkenazi
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** ***Howard v. City of New York, et al.*, No. 1:24-cv-08316 (KAM)(LKE) — Status of ECF No. 87, Letter Motion for Leave to Serve a Rule 45 Subpoena on Non-Party Tyrone A. Blackburn, Esq. by Email**

Dear Judge Eshkenazi:

I am the plaintiff, pro se. I write respectfully about my letter motion at ECF No. 87, filed October 30, 2026, which asks for an order under Federal Rule of Civil Procedure 45(b)(1) authorizing me to serve a document subpoena on my former counsel, non-party Tyrone A. Blackburn, Esq., by email with a copy by first-class mail. The motion is still pending. I am not asking for an extension of any deadline, and I am not asking the Court to lift or modify the October 26, 2026 stay. I write only because the date on the face of the subpoena is ten days away, and I want the Court to have the timing in front of it. Counsel for the City, Anumeha Tanya, Esq., took no position on ECF No. 87. I emailed Ms. Tanya a copy of this letter on November 13, 2026.

## 1. Where things stand

1. **October 8, 2026** — the Court directed the Clerk to issue my third-party subpoenas. The Clerk issued a documents-only subpoena (AO 88B) to Mr. Blackburn, returnable **November 23, 2026**.
2. **October 19, 2026** — I emailed the subpoena and Schedule A to Mr. Blackburn and asked him to accept service by email. He did not respond. (ECF No. 87, Ex. D.)
3. **October 20 and October 27, 2026** — two attempts at personal service at his listed office, 1242 East 80th Street, 3rd Floor, Brooklyn, New York 11236, failed. No one employed by him was present the first time, and the office was closed the second. (ECF No. 87, Ex. E.)

4. **October 28, 2026** — Mr. Blackburn answered a third party's email about my case from tblackburn@tablackburnlaw.com, the same address the subpoena was sent to. (ECF No. 87, Ex. F.)
5. **October 30, 2026** — ECF No. 87 was docketed.
6. **Since then** — I have received nothing from Mr. Blackburn since October 28, 2026, and he has not produced any documents or served objections.

**2. Why I raise it now**

The Court's September 24, 2026 order made service the step that must come before any motion to compel a non-party. Until service is authorized, Mr. Blackburn is not under a subpoena he must answer, and the November 23 return date will pass with nothing for the Court to enforce. If that happens I would need to ask the Clerk to reissue the subpoena with a new date, which is the delay I am trying to avoid.

The Court's October 26, 2026 order stayed all other deadlines in this case until December 23, 2026. I understand the Court's October 29, 2026 order, which denied my request to move the Rule 45 response date as premature, in that light. If the Court reads the stay as reaching the dates for responses to my Rule 45 subpoenas, I ask that its order on ECF No. 87 say so, so that I can tell Mr. Blackburn and the other non-parties the same thing.

**3. Request**

I respectfully ask the Court to rule on ECF No. 87 and, if it authorizes service by email, to:

a) direct Mr. Blackburn to produce the documents in Schedule A, or serve any written objections under Rule 45(d)(2)(B), within fourteen days after service or fourteen days after the stay expires, whichever is later, or by such other date as the Court sets, so that the subpoena need not be reissued; and
b) direct me to email the Court's order to Mr. Blackburn with the subpoena and to file proof of service under Rule 45(b)(4).

ECF No. 87 also asks the Court to consider a referral under Local Civil Rule 1.5. I ask only that the Court first decide service. The referral can wait to see whether Mr. Blackburn complies once he is served.

Thank you for your consideration.

Respectfully submitted,

Clayton Howard

Clayton Howard, Plaintiff, pro se

cc: Anumeha Tanya, Esq., New York City Law Department (by email)

Tyrone A. Blackburn, Esq. (by email to tblackburn@tablackburnlaw.com and info@tablackburnlaw.com)

**CERTIFICATE OF SERVICE**

I certify that on November 13, 2026, I served a copy of this letter by email on Anumeha Tanya, Esq., New York City Law Department, counsel for Defendant City of New York, and on non-party Tyrone A. Blackburn, Esq. at tblackburn@tablackburnlaw.com and info@tablackburnlaw.com. I submitted this letter to the Court through the Pro Se Document Submission system.

Clayton Howard

Clayton Howard