**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ANUMEHA TANYA**
*Senior Counsel*
Tel: (212) 356-5052
atanya@law.nyc.gov

November 16, 2026

**BY ECF**
Honorable Lara K. Eshkenazi
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Clayton Howard v. City of New York, et al.,* 24-CV-8316 (KAM) (LKE)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, representing defendant City of New York ("Defendant") in the above-referenced matter. Defendant writes pursuant to the Court' order dated November 10, 2026 and respectfully requests that this matter be stayed for sixty (60) days until January 18, 2027, due to the pending IAB investigation at which time the Defendant be permitted to provide the Court a status update regarding the investigation.

On August 24, 2026, Plaintiff filed a complaint with the IAB against Detective Joseph Quirk. Around that time and upon information and belief, Plaintiff informed the IAB that he had a pending federal lawsuit in this matter and that he had also made a FOIL request for additional information. On September 20, 2026, Plaintiff requested that his various IAB complaints (IAB Log Nos. 2026-32777 and 2026-30178 filed on or around September 12, 2026) against Detectives Joseph Quirk and Matthew DePalma be consolidated.

In his opposition, Plaintiff claims that "IAB is not investigating Det. Quirk or Det. DePalma, and that IAB does not investigate a matter once it is part of active federal litigation and that the Law Department, the City's counsel in this case, is handling it." *See* E.C.F. No. 88. pg., 1. Plaintiff, therefore, argues that, since there is no active IAB investigation against the named individual defendants, the stay ordered in this matter by Your Honor on October 26, 2026 should be lifted. *Id*.

Plaintiff's argument is factually incorrect and replete with misrepresentations. First, upon information and belief, it appears that there is an active and ongoing IAB investigation based on

the complaints filed by the Plaintiff. Second, this office does not investigate any complaints filed in regards to any officer's conduct with CCRB, and/or IAB.

To support his argument to lift the stay, Plaintiff cites *Saint-Fort v. City of New York,* No. 22-cv-6879 (NRM)(MMH), ECF No. 20 (E.D.N.Y. Apr. 4, 2023). However, this case is distinguishable from *Saint-Fort* in at least three ways. First, Defendant is not asking for an indefinite stay in this matter; second, the IAB complaints referenced here were knowingly filed by the Plaintiff unlike in *Saint-Fort* where the Plaintiff had not filed the CCRB complaint; and, third, a complaint has been filed with IAB, not CCRB.

Because it appears that there are pending investigations[1] against Detectives Robley, Quirk and DePalma as a result of the complaints filed by Plaintiff, this office cannot resolve representation with any of these individually named defendants. *See also Mercurio v. City of New York,* 758 F.2d 862, 864 (2d Cir. 1985) ("A further limit on his power to represent such individual defendants is the potential conflict of interest arising if both the City and the individuals are named as defendants in an action; if such a conflict exists . . . Corporation Counsel, whose primary function is to represent the City, cannot represent the individuals."). For this same reason, this Office cannot interview the officers in question, as is required under GML § 50-k, to determine their eligibility for representation, until the NYPD proceedings are complete. As such, a temporary stay of this matter will save resources and reduce the risk that conflicts will arise later complicating this litigation further.

Accordingly, and for the reasons set forth above, and in its letter motion at E.C.F. No. 84, Defendant respectfully requests that this matter be stayed for an additional sixty (60) days until January 18, 2027, and that Defendant be permitted to provide the Court a status update regarding the investigation. Defendant thanks the Court for its consideration of this matter.

Respectfully submitted,

/s/ *Anumeha Tanya*

Anumeha Tanya
*Senior Counsel*
Special Federal Litigation Division

cc: **VIA ECF**
Clayton Howard
*Plaintiff Pro Se*

[1] Upon information and belief, Plaintiff previously filed complaints against Detectives Robley, Quirk and DePalma with IAB, CCRB and/or OIG. We are awaiting updated information about the status of any pending investigations against these officers.