*** Filed ***
12:51 AM, 17 Nov, 2026
U.S.D.C., Eastern District of New York

Clayton Howard, Plaintiff pro se
24 Orchard Street
Carteret, New Jersey 07008
(929) 781-7791 ·
itsclaytonhoward@gmail.com

November 17, 2026

By Pro Se Document Submission

Hon. Lara K. Eshkenazi
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** ***Howard v. City of New York, et al.*, No. 1:24-cv-08316 (KAM)(LKE) — Request for leave to file a reply to ECF No. 92**

Dear Judge Eshkenazi:

I respectfully request leave, under Your Honor's Individual Practices, to file the attached three-page reply (Exhibit 1) to the City's November 16, 2026 letter, ECF No. 92. A reply is warranted for four reasons.

First, ECF No. 92 accuses me of making “misrepresentations” to the Court. I should be allowed to answer that charge on the directly on the record.

Second, ECF No. 92 raises new matter. It names Det. Robley as under investigation for the first time. It widens the stay from the individual defendants to “this matter.” And it asks for a new extension to January 18, 2027.

Third, ECF No. 92 does not address the November 10, 2026 answers of the NYPD investigator, which I filed at ECF No. 89.

Fourth, the reply adds no new exhibits. It relies only on the record already before the Court: ECF No. 88 and its exhibits, my November 7 declaration, and Exhibit G to ECF No. 89.

I did not ask the City for its consent to this request because Your Honor's practices require leave for any reply. The City did not respond to my November 4, 2026 request to meet and confer on the stay. ECF No. 88, Ex. D; Howard Decl. ¶¶ 11–12.

Thank you for your consideration.

Respectfully submitted,

Clayton Howard

Clayton Howard
Plaintiff, pro se

cc: Anumeha Tanya, Esq., Senior Counsel, NYC Law Department (by email)