UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

*** Filed ***
02:35 PM, 19 Nov, 2026
U.S.D.C., Eastern District of New York

CLAYTON HOWARD

Plaintiff,

-against-

CITY OF NEW YORK, et al

Defendant(s).

----------------------------------------------------------X

**APPLICATION FOR THE COURT TO REQUEST COUNSEL**

24 CV 8316 (LKE)

1. Name of applicant Clayton Howard

2. Explain why you feel you need a lawyer in this case. (Use additional paper if necessary.)

The case turns on police and DA records (DD5s, I-cards, BWC logs, IAB files) that require subpoenas, deficiency letters and motions. I have never taken a deposition; the issues include qualified immunity, Monell and § 50-k, and the case may add new arrests and defendants. See attached Declaration ¶¶ 20-29.

3. Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary.)

Since June 2025: D. Quarles (referral only); C.L. Mitchell (declined 7/10/25); Gomez Trial Attorneys (no response); Siman & Associates (no response); Cohen & Green (declined 11/9/26); A. Stoll (intake open, not retained); City Bar Federal Pro Se Legal Assistance Project (Feb. 2026). See Declaration ¶¶ 18-19, Exs. D-G.

4. If you need a lawyer who speaks in a language other than English, state what language you speak:

N/A (English)

5. I understand that if a lawyer volunteers to represent me and my lawyer learns that I can afford to pay for a lawyer, the lawyer may give this information to the Court. I understand that if the Court grants this application in a complaint against the Commissioner of Social Security, the pro bono attorney, if successful, has the statutory right to request that the Court award a fee of up to 25% of the accrued Social Security or Supplemental Security Income Benefits. See 42 U.S.C. § 406.

6. I understand that if my answers on my Request to Proceed *In Forma Pauperis* are false, my case may be dismissed.

7. **I declare under penalty of perjury that the forgoing is true and correct.**

Dated: 11/19/2026

Clayton Howard
*Signature*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

CLAYTON HOWARD

Plaintiff,

-against-

CITY OF NEW YORK, et al

Defendant(s).
---------------------------------------------------------X

**REQUEST TO PROCEED**
***IN FORMA PAUPERIS***
**IN SUPPORT OF THE**
**APPLICATION FOR THE COURT TO**
**REQUEST COUNSEL**

24 CV 8316 (LKE)

I, Clayton Howard (print or type your name) am the plaintiff/defendant in the above-entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed, give the name and address of your employer and state the amount of earnings per month.

   Not presently employed. I am a third-year legal studies student seeking employment.

   N/A

2. If you are not presently employed, state the date you were last employed and your earnings per month at that time. **You must answer this question even if you are incarcerated.**

   January 2025 and I made $8,000 monthly

   Gold Standard Contracting, One Gateway Center, Newark, NJ (Dec. 2018 - Jan. 2025).

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   Yes. Family support of about $1,500 per month (see AO 239, Question 1).

   a) Are you receiving any public benefits? ☑ No ☐ Yes, $______

   b) Do you receive any income from any other source? ☐ No ☑ Yes, $ 1500(family)

4. Do you have any money, including money in a checking or savings account? If so, how much?

$200 in a Santander checking account.

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other valuable property? If the answer is yes, describe the property and state its approximate value.

☑ No ☐ Yes, $ None

6. Do you pay for rent or for a mortgage? If so, how much each month?

☐ No ☑ Yes, $ 1,000 monthly

7. List the person(s) that you pay money to support and the amount you pay each month.

D.S. (daughter, age 5): $120 per month

N/A

8. State any special circumstances which the Court should consider.

Plaintiff is a victim of DV with orders in 2 states who was falsely reported numerous time within a year year period.

This reports cause the plaintiff to be terminated numerous times, damaging his reputation and employability.

Plaintiff has been reported for false DV charges 40 times between two states damaging his professional reputation and ability to pass a background check

I understand that the Court may dismiss this case if I give a false answer to any question in this declaration.

I understand that if the Court grants this application in a complaint against the Commissioner of Social Security, the pro bono attorney, if successful, has the statutory right to request that the Court award a fee of up to 25% of the accrued Social Security or Supplemental Security Income Benefits. See 42 U.S.C. § 406.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: 11/19/2026

Clayton Howard

*Signature*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- X
CLAYTON HOWARD

Plaintiff,

-against-

CITY OF NEW YORK, et al

Defendant(s).
------------------------------------------------------- X

**AFFIRMATION OF SERVICE**

24 CV 8316 (LKE )

I, Clayton Howard (print or type your name), **declare under penalty of perjury** that I have served a copy of the attached Application for the Court to Request Counsel upon the defendant(s) or the attorney for defendant(s) Anumeha Tanya, Esq., New York City Law Department, attorney for Defendant City of New York

whose address is: 100 Church Street, New York, New York 10007

by ______________________________
(describe how you served document: For example - personal delivery, mail, overnight express, etc.)

Dated: 11/19/2026

Clayton Howard
*Signature*

24 Orchard Street
Address

______________________________

Carteret, New Jersey 07008
City, State & Zip Code

*rev. 7/08*